**SEALED DOCUMENT**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Cr. No. 14- mj-123-01-JL |
| ALKIS NAKOS | FILED UNDER SEAL, LEVEL II |

### UNITED STATES' MOTION TO SEAL

The United States of America, by and through John P. Kacavas, United States Attorney for the District of New Hampshire, hereby moves that the Honorable Court order that the Criminal Complaint, Arrest Warrant, Affidavit in Support of the Criminal Complaint, and all docket entries relating to those documents, be sealed at Level II, pursuant to Local Rule 83.11(b)(2), until such time as the defendant is taken into custody.    In support thereof, the United States represents that the investigation detailed in the Affidavit in Support of the Criminal Complaint is ongoing and involves the utilization of confidential informants.    The public disclosure of the documentation in support of the United States' request for a criminal complaint and arrest warrant would compromise an ongoing criminal investigation by allowing the defendant to flee, conceal his unlawful conduct by tampering with evidence, and compromise the identity and safety of confidential informants, who continue to remain involved in the investigation.

WHEREFORE, the United States moves that this Honorable Court:

A. Order that the Criminal Complaint, Arrest Warrant, Affidavit in Support of the Criminal Complaint, and all docket entries relating to those documents, be sealed at Level II, until such time as the defendant is taken into custody; and

B. Grant such further relief as is just.

Dated: May 23, 2014

    Respectfully submitted,

    JOHN P. KACAVAS
    United States Attorney

By: _____
    Terry L. Ollila
    Assistant U.S. Attorney
    Bar No. 560603
    53 Pleasant Street, 4TH Floor
    Concord, New Hampshire 03301
    (603) 225-1552

The motion of the United States is:

GRANTED ✓ DENIED ___

_____

Dated: May __, 2014