AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of New Hampshire

**RECEIVED**
U.S. MARSHAL
CONCORD, NH
2014 MAY 23 PM 4 43

**SEALED DOCUMENT**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  Cr. No. 14-mj-123-0-JL |
| Alkis Nakos | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Alkis Nakos,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances; Distribution of Controlled Substances and Possession with Intent to Distribute Controlled Substances; Use of a Communication Facility to Facilitate the Distribution of Controlled Substances

Date: 5/23/14

_____
Issuing officer's signature

JOSEPH N LAPLANTE, USDJ
Printed name and title

City and state:   Concord, New Hampshire

### Return

This warrant was received on (date)  05/23/14  , and the person was arrested on (date) _____
at (city and state)  _____.

Date:  06/24/14

_____
Arresting officer's signature

Eugene Robinson                    Supervisor
Printed name and title