United States District Court
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AUG 25 2015

_USA_

Plaintiff(s),

v.

Case No. _14cr-93-01-LM_

_Alkis Nakos_

Defendant(s).

### Certification of Exhibits Submitted for Presentation Using the Jury Evidence Recording System (JERS)

The undersigned attorney(s) hereby certify that the exhibits provided to the court in electronic format prior to trial are exact replicas of the exhibits ultimately admitted into evidence and, to the extent I modified any admitted exhibit after it had been initially submitted to the court in electronic format, I have provided a modified electronic copy of that exhibit to opposing counsel and to the court for uploading into the JERS presentation system.

For the Plaintiff(s),                              For the Defendant(s),

_[signature] AUSA 8/25/15_                         _[signature] 8/25/15_
Signature           Date                           Signature           Date

_____                       _____
Signature           Date                           Signature           Date

_____                       _____
Signature           Date                           Signature           Date

_____                       _____
Signature           Date                           Signature           Date

_____                       _____
Signature           Date                           Signature           Date

USDCNH-72 (09/30/11)

U.S. District Court, District of New Hampshire
Admitted Exhibits Log for: 14-cr-93-01-LM
USA v. Alkis Nakos, 8/18/2015

| Exhibit | Rls | Description |
| --- | --- | --- |
| Gov-1-h | ✓ | No | Ledger 2 |
| Gov-1-i | ✓ | No | Contacts List - Nextel Phones |
| Gov-2-a-1 | ✓ | No | Muted Audio Clip from Ex 2a |
| Gov-2-f-10 | ✓ | No | Photograph - Currency 3 |
| Gov-2-f-11 | ✓ | No | Photograph - Currency on table |
| Gov-2-f-12 | ✓ | No | Photograph - Currency in Duffle Bags 1 |
| Gov-2-f-13 | ✓ | No | Photograph - Currency in Duffle Bags 2 |
| Gov-2-f-14 | ✓ | No | Photograph - Patrol Trooper Perry and Currency |
| Gov-2-f-15 | ✓ | No | Photograph - Currency 4 |
| Gov-2-f-2 | ✓ | No | Photograph - Toyota Tundra - Back |
| Gov-2-f-3 | ✓ | No | Photograph - Toyota Tundra License Plate 1 |
| Gov-2-f-4 | ✓ | No | Photograph - toyota Tundra License Plate 2 |
| Gov-2-f-5 | ✓ | No | Photograph - Brandon Anderson |
| Gov-2-f-6 | ✓ | No | Photograph - Amber Schoenwald |
| Gov-2-f-7 | ✓ | No | Photograph - Recovery of Currency |
| Gov-2-f-8 | ✓ | No | Photograph - Currency 1 |
| Gov-2-f-9 | ✓ | No | Photograph - Currency 2 |
| Gov-3-c-1 | ✓ | No | Photograph - Red Toyota Tundra |
| Gov-3-c-2 | ✓ | No | Photograph - Packaged Currency in Toyota Tundra |
| Gov-3-c-3 | ✓ | No | Photograph - Currency in Blue Duffle Bag |
| Gov-5-c-1 | ✓ | No | Photograph of Tractor Trailers 1 |
| Gov-5-c-2 | ✓ | No | Photograph of Tractor Trailers 2 |
| Gov-5-c-3 | ✓ | No | Photograph of Tractor Trailers 3 |
| Gov-5-h-1 | ✓ | No | Photograph - Five Boxes of Marijuana 1 |
| Gov-5-h-2 | ✓ | No | Photograph - Five Boxes of Marijuana 2 |
| Gov-5-h-3 | ✓ | No | Photograph Boxes of Marijuana Inside Vehicle |
| Gov-5-j-1 | ✓ | No | Marijuana |
| Gov-5-j-2 | ✓ | No | Marijuana |
| Gov-5-j-3 | ✓ | No | Marijuana |
| Gov-5-j-4 | ✓ | No | Marijuana |
| Gov-5-j-5 | ✓ | No | Marijuana |
| Gov-5-j-6 | ✓ | No | Marijuana |
| Gov-5-j-8 | ✓ | No | Marijuana |
| Gov-6-a | ✓ | No | |
| Gov-9-g-1 | ✓ | No | Marijuana - MRB1 |
| Gov-9-g-1-a | ✓ | No | Marijuana |
| Gov-9-g-2 | ✓ | No | Marijuana - MRB2 |
| Gov-9-g-3 | ✓ | No | N-61 Blue Duffle Bag NH |
| Gov-9-g-4 | ✓ | No | N-63 Two Black Duffle Bags NH |
| Gov-9-h-1 | ✓ | No | Photograph - Dark Blue Ford Expedition |

| Exhibit | Admitted | Objection | Description |
|---|---|---|---|
| Gov-9-h-2 | ✓ | No | Photograph - Dark Blue Ford Expedition - License Plate |
| Gov-9-h-3 | ✓ | No | Photograph - Dark Blue Ford Expedition - Passenger Door |
| Gov-9-h-4 | ✓ | No | Photograph - Dark Blue Ford Expedition - Rear Passenger Door and Blue Duffle Bag |
| Gov-9-h-5 | ✓ | No | Photograph - Blue Duffle Bag Labeled NH |
| Gov-9-h-6 | ✓ | No | Photograph - Blue Duffle Bag |
| Gov-9-h-7 | ✓ | No | Photograph - Dark Blue Ford Expedition - Back |
| Gov-12-b-1 | ✓ | No | Photograph 1 - 10 Delaware Ave Manchester |
| Gov-12-b-10 | ✓ | No | Photograph 1 - Nicholas Champagne |
| Gov-12-b-11 | ✓ | No | Photograph 2 - Nicholas Champagne |
| Gov-12-b-2 | ✓ | No | Photograph 2 - 10 Delaware Ave Manchester |
| Gov-12-b-3 | ✓ | No | Photograph 3 - 10 Delaware Ave Manchester |
| Gov-12-b-4 | ✓ | No | Photograph - Champagne and Nakos |
| Gov-12-b-5 | ✓ | No | Photograph 1 - Alkis Nakos |
| Gov-12-b-6 | ✓ | No | Photograph 2 - Alkis Nakos |
| Gov-12-b-7 | ✓ | No | Photograph 3 - Alkis Nakos |
| Gov-12-b-8 | ✓ | No | Photograph 4 - Alkis Nakos |
| Gov-12-b-9 | ✓ | No | Photograph - Champagne and Nakos |
| Gov-13-d-1 | ✓ | No | Photograph Bags from King Kullen and American Theatre |
| Gov-13-d-2 | ✓ | No | Photograph - Bags containing $194,090 |
| Gov-13-d-3 | ✓ | No | Photograph - Closeup of Bags Contaiing $194,090 |
| Gov-13-d-4 | ✓ | No | Photogrraph 1 - $194,090 |
| Gov-13-d-5 | ✓ | No | Photograph 2 - $194,090 |
| Gov-13-f-1 | ✓ | No | Photograph - Female Couriers 1 |
| Gov-13-f-2 | ✓ | No | Photograph - Female Couriers 2 |
| Gov-13-f-3 | ✓ | No | Photograph - Female Couriers 3 |
| Gov-13-f-4 | ✓ | No | Photograph - Female Courier |
| Gov-17-b-1 | ✓ | No | Two Black Hockey Bags |
| Gov-17-g-1 | ✓ | No | BMT-1 - 49.14 Pounds of Marijuana |
| Gov-17-g-2 | ✓ | No | BMT-2 - 49,31 Pounds of Marijuana |
| Gov-17-h-1 | ✓ | No | Photograph 2009 Dodge Charger - Passenger Side |
| Gov-17-h-10 | ✓ | No | Photograph - Marijuana - Reg - 3 |
| Gov-17-h-11 | ✓ | No | Photograph - Marjuana - Reg - 4 |
| Gov-17-h-2 | ✓ | No | Photograph 2009 Dodge Charger - Driver's Side |
| Gov-17-h-3 | ✓ | No | Photograph 2009 Dodge Charger - Back |
| Gov-17-h-4 | ✓ | No | Photograph 1 Duffle Bag Labeled NH |
| Gov-17-h-5 | ✓ | No | Photograph 2 Duffle Bags Labeled NH |
| Gov-17-h-6 | ✓ | No | Photograph 1 BlackDuffle Bag -Lock |
| Gov-17-h-7 | ✓ | No | Photograph 1 Black Duffle Bag - Close Up |
| Gov-17-h-8 | ✓ | No | Photograph - Marijuana - Reg - 1 |
| Gov-17-h-9 | ✓ | No | Photograph - Marijuane - Reg - 2 |
| Gov-18-e-1 | ✓ | No | Photograph 1916 Underpass Rd Sutton VT |
| Gov-18-e-2 | ✓ | No | Photograph 3 Duffle Bags in Basement of 1916 Underpass Rd |
| Gov-18-e-3 | ✓ | No | Photograph 2 Black Duffle Bags Labeled LI in Basement of 1916 Underpass Rd |
| Gov-18-e-4 | ✓ | No | Photo-Black Duffle Bag Containing Marijuana Labeled DSL |
| Gov-18-e-5 | ✓ | No | Photograph - Lock on Duffle Bag |

| | | | |
|---|---|---|---|
| Gov-18-e-6 | ✓ | No | Photograph - Marijuana Labeled KUSH |
| Gov-18-k-1 | ✓ | No | Photograph 5032 rt 114 Canaan VT |
| Gov-18-k-2 | ✓ | No | Photograph Dock at 5032 Rt 114 Canaan VT |
| Gov-18-k-3 | ✓ | No | Photoraph - Cell Phones Seized at 5032 Rt 114 Canaan VT |
| Gov-18-k-4 | ✓ | No | Photograph -Three Black Duffle Bags Labeled ITL and FLASH |
| Gov-22-b | ✓ | No | Mead Memo Notebook |
| Gov-22-c | ✓ | No | Cambridge Limited Notebook |
| Gov-22-d | ✓ | No | At-A-Glance 2008 Notebook |
| Gov-22-e | ✓ | No | Livescribe Journal 4 Notebook |
| Gov-38-a-1 | ✓ | No | CD Rom of Recorded Conversations from TT 1 |
| Gov-38-a-2a | ✓ | No | 508-479-6296W 2013-10-23 18-32-06 00012-001 |
| Gov-38-a-2b | ✓ | No | 508-479-6296W 2013-10-23 18-56-56 00016-001 |
| Gov-38-a-2c | ✓ | No | 508-479-6296W 2013-10-23 18-58-31 00018-001 |
| Gov-38-a-2d | ✓ | No | 508-479-6296W 2013-10-23 19-08-50 00020-001 |
| Gov-38-a-2e | ✓ | No | 508-479-6296W 2013-10-23 20-11-19 00022-001 |
| Gov-38-a-2f | ✓ | No | 508-479-6296W 2013-10-23 20-30-22 00023-001 |
| Gov-38-a-2g | ✓ | No | 508-479-6296W 2013-10-23 20-58-17 00026-001 |
| Gov-38-a-2h | ✓ | No | 508-479-6296W 2013-10-23 21-35-01 00027-001 |
| Gov-38-a-2i | ✓ | No | 508-479-6296W 2013-10-24 20-47-15 00043-001 |
| Gov-38-a-2j | ✓ | No | 508-479-6296W 2013-10-24 21-39-29 00052-001 |
| Gov-38-a-2k | ✓ | No | 508-479-6296W 2013-11-04 14-00-19 00098-001 |
| Gov-38-a-2l | ✓ | No | 508-479-6296W 2013-11-09 20-00-47 00134-001 |
| Gov-38-a-2m | ✓ | No | 508-479-6296W 2013-11-10 20-39-50 00142-001 |
| Gov-38-a-2n | ✓ | No | 508-479-6296W 2013-11-10 20-50-46 00145-001 |
| Gov-38-a-2o | ✓ | No | 508-479-6296W 2013-11-10 23-46-02 00153-001 |
| Gov-38-a-2p | ✓ | No | 508-479-6296W 2013-12-05 19-53-52 00299-001 |
| Gov-38-a-2q | ✓ | No | 508-479-6296W 2013-12-06 16-57-51 00307-001 |
| Gov-38-a-2r | ✓ | No | 508-479-6296W 2013-12-07 17-01-31 00317-001 |
| Gov-38-a-2s | ✓ | No | 508-479-6296W 2013-12-07 18-23-29 00320-001 |
| Gov-38-a-2t | ✓ | No | 508-479-6296W 2013-12-10 15-51-43 00331-001 |
| Gov-38-a-2u | ✓ | No | 508-479-6296W 2013-12-10 22-16-34 00339-001 |
| Gov-38-ee | ✓ | No | Warrant for VW |
| Gov-38-rr | ✓ | No | MetroPCS Records 10-1-13 - 10-30-13 |
| Gov-40-a-1 | ✓ | No | CD Rom of Recorded Conversations over TT 4 |
| Gov-40-a-2a | ✓ | No | Selected Recordings from EX 40-a-1 Jan 16 2014 |
| Gov-40-a-2b | ✓ | No | Selected Recordings from EX 40-a-1 Jan 19 2014 |
| Gov-40-a-2c | ✓ | No | Selected Recordings from EX 40-a-1 Jan 19 2014 |
| Gov-40-a-2d | ✓ | No | Selected Recordings from EX 49-a-1 Jan 22 2014 |
| Gov-40-a-2e | ✓ | No | Selected Recordings from EX 49-a-1 Jan 29 2014 |
| Gov-41-a-1 | ✓ | No | CD ROM of Recorded Conversations from TT-5 |
| Gov-41-a-1a | ✓ | No | Selected Recording from EX 41-a-1 Mar 6 2014 |
| Gov-41-a-1b | ✓ | No | Selected Recording from EX 41-a-1 Mar 6 2014 |
| Gov-41-a-1c | ✓ | No | Selected Recording from EX 41-a-1 Mar 15 2014 |
| Gov-41-a-1d | ✓ | No | Selected Recording from EX 41-a-1 Mar 30 2014 |
| Gov-41-a-1e | ✓ | No | Selected Recording from EX 41-a-1 Mar 30 2014 |

| Exhibit | Admitted | Objection | Description |
|---|---|---|---|
| Gov-41-a-1f | ✓ | No | Selected Recording from EX 41-a-1 Mar 30 2014 |
| Gov-41-a-1g | ✓ | No | Selected Recording from EX 41-a-1 Mar 30 2014 |
| Gov-41-a-1h | ✓ | No | Selected Recording from EX 41-a-1 Mar 30 2014 |
| Gov-41-b-1 | ✓ | No | CD ROM of Recorded Conversations from TT 6 |
| Gov-41-b-1a | ✓ | No | |
| Gov-41-b-1b | ✓ | No | |
| Gov-41-jj-1 | ✓ | No | STP 5 Tanita Digital Scale |
| Gov-41-jj-2 | ✓ | No | STP 7 12 Ounce Sealed Bottles of Inositol Powder |
| Gov-41-jj-3 | ✓ | No | STP 13A One Sealed Quart of Klean Strip Acetone |
| Gov-41-jj-4 | ✓ | No | STP 19 One Royal Soverign Money Counter |
| Gov-41-kk-1 | ✓ | No | STP 2 Ruger P94 Pistol |
| Gov-41-kk-2 | ✓ | No | STP2A Glock .30 Caliber Pistol |
| Gov-41-kk-3 | ✓ | No | STP 2B 28 Rounds of 40 Caliber Ammunition and 3 Glock Magazines |
| Gov-41-kk-4 | ✓ | No | STP 2C - 20 Rounds of .45 Calibert Ammunition and Two Ruger Magazines |
| Gov-41-kk-5 | ✓ | No | STP 2D - .45 Caliber Winchester Ammunition |
| Gov-41-kk-6 | ✓ | No | STP 4 - MDMA |
| Gov-41-kk-7 | ✓ | No | STP 5A - 46 Rounds of Winchester .45 Caliber Ammunition |
| Gov-41-kk-8 | ✓ | No | STP 21 - Vacuum ealed Package of Marijuana |
| Gov-41-ll-1 | ✓ | No | SPS 1 - Two Digital Scales |
| Gov-41-ll-2 | ✓ | No | SPS 6 - Large Black Duffle Bag with Tag Marked Diamond Kush x 50 |
| Gov-41-ll-3 | ✓ | No | SPS 9 - Cardboard with Diamond Kush x 50 on One Side and Boston on the Opposite Side |
| Gov-43-p-1 | ✓ | No | Photo 1 Armory St Pizza - Front View |
| Gov-43-p-11 | ✓ | No | Photo 11 Armory St Pizza - Currency in Pizza Box |
| Gov-43-p-2 | ✓ | No | Photo 2 Armory St Pizza - Side View |
| Gov-43-p-4 | ✓ | No | Photo 4 Armory St Pizza - Video Poker Machine |
| Gov-43-p-5 | ✓ | No | Photo 5 Armory St Pizza - Video Poker Machine |
| Gov-43-p-6 | ✓ | No | Photo 6 Armory St Pizza - Video Poker Machine |
| Gov-43-p-7 | ✓ | No | Photo 7 Armory St Pizza - Back Room |
| Gov-50-a | ✓ | No | US Individual Income Tax Return 2008 - 2013 - Nakos - |
| Gov-51-h | ✓ | No | Computer Files Bookmarked - Operation Brown Shirt Discovery |
| Gov-51-i | ✓ | No | Google Analytics Referral Cookies Carved |
| Gov-51-j | ✓ | No | Google Searches |
| Gov-51-k | ✓ | No | Safari History |
| Gov-51-l | ✓ | No | iOS Notes Backup |
| Gov-52-c | ✓ | No | Photograph - Alkis Nakos |
| Gov-52-d | ✓ | No | Photograph - Steven Sarti 1 |
| Gov-52-f | ✓ | No | Photograph - Nicholas Champagne |
| Gov-52-h | ✓ | No | Photograph - Trevor Allain 1 |
| Gov-52-i | ✓ | No | Photograph - Trevor Allain 2 |
| Gov-52-k | ✓ | No | Photograph - Shojaei and Laporte |
| Gov-52-o | ✓ | No | Photograph 52 Chase St Methuen MA |
| Gov-52-p-1 | ✓ | No | Photograph - Marijuana in Warehouse |
| Gov-52-p-10 | ✓ | No | Photograph - Marijuana in Warehouse - ITL |
| Gov-52-p-11 | ✓ | No | Photograph - Marijuana in Warehouse - BOS M-39 |
| Gov-52-p-2 | ✓ | No | Photograph - Marijuana in Warehouse NH M-39-1 |

| | | |
|---|---|---|
| Gov-52-p-3 ✓ | No | Photograph Marijuana in Warehouse NH M-39-2 |
| Gov-52-p-4 ✓ | No | Photograph - Marijuana in Warehouse-NH Reg-1 |
| Gov-52-p-5 ✓ | No | Photograph - Marijuana in Warehouse-NH Reg-2 |
| Gov-52-p-6 ✓ | No | Photograph - Marijuana in Warehouse - 236 |
| Gov-52-p-7 ✓ | No | Photograph - Marijauna in Warehouse - 236 and 237 |
| Gov-59-a-1 ✓ | No | Photograph - Valueline Transort Inc Truck |
| Gov-59-a-2 ✓ | No | Photograph - Valueline Transport Inc Truck - License Plate |
| Gov-59-a-3 ✓ | No | Photograph - Valueline Transport Inc Truck - Interior |
| Gov-59-a-4 ✓ | No | Photograph - Pallets of North River Boxes |
| Gov-59-a-5 ✓ | No | Photograph - Two North River Boxes |
| Gov-59-a-6 ✓ | No | Photograph - Two Open North River Boxes |
| Gov-60-b ✓ | No | TD Bank Stmt - Dec 16 2009 - Jan 4 2010 |
| Gov-60-j ✓ | No | Gucci Receipts |
| Gov-60-p ✓ | No | Glass Jar Containing Money Bands |