**U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

AUG 25 2015

**FILED**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                        No. 1:14-cr-93-01-LM

ALKIS NAKOS

### GOVERNMENT'S FIRST AMENDED EXHIBIT LIST

| EXHIBIT | DESCRIPTION |
|---|---|
| 1a (id) | February 21, 2008 – Stop of Steven Sarti and Charles Keyes |
| 1b (id) | February 21, 2008 – TECS 1 |
| 1c (id) | February 21, 2008 – NLETS |
| 1d (id) | February 21, 2008 – Vehicle Crossing Activity |
| 1e (id) | Alamo Car Rental Receipt |
| 1f (id) | Contacts List |
| 1g (id) | Ledger # 1 |
| 1h (id) *8/19* | Ledger # 2 |
| 1i (id) *8/19* | Contacts List |
| 2a (id) *ID* | March 5, 2008 – Video of Oklahoma Highway Patrol Trooper Branson Perry - Motor Vehicle Stop of Brandon Anderson |
| 2a-1 (id) *8/19* | Clip from Ex 2a   *Exhibit replaced w/o Sound 8/19/15* |
| 2b (id) | March 5, 2008 – Oklahoma Highway Patrol Uniform Incident Report – Arrest of Brandon Anderson |
| 2c (id) | March 5, 2008 – Oklahoma Highway Patrol Uniform Incident Report of Patrol Trooper Branson Perry |

1

| EXHIBIT | DESCRIPTION |
|---|---|
| 2d (id) | State of New Hampshire Vehicle Registration for Brandon Anderson |
| 2e (id) | State of New Hampshire Application For Certificate of Title – Brandon Anderson |
| 2f-1 (id) | Photograph – Toyota Tundra |
| 2f-2 (id) 8/19 | Photograph – Toyota Tundra – Back |
| 2f-3 (id) 8/19 | Photograph – Toyota Tundra – License Plate |
| 2f-4 (id) 8/19 | Photograph – Toyota Tundra – License Plate |
| 2f-5 (id) 8/19 | Photograph – Brandon Anderson |
| 2f-6 (id) 8/19 | Photograph – Amber Schoenwald |
| 2f-7 (id) 8/19 | Photograph – Recovery of Currency |
| 2f-8 (id) 8/19 | Photograph – Currency 1 |
| 2f-9 (id) 8/19 | Photograph – Currency 2 |
| 2f-10 (id) 8/19 | Photograph – Currency 3 |
| 2f-11 (id) 8/19 | Photograph – Currency on Table |
| 2f-12 (id) 8/19 | Photograph – Currency in Duffle Bags |
| 2f-13 (id) 8/19 | Photograph – Currency in Duffle Bag |
| 2f-14 (id) 8/19 | Photograph –   Patrol Trooper Branson Perry and Currency |
| 2f-15 (id) 8/19 | Photograph – Currency 4 |
| 3a (id) | US Department of Homeland Security Border Patrol Report of Agent Gregory Woody Regarding the Apprehension and Seizure of $275,999.00 from Trevor Allain |
| 3b (id) | US Department of Homeland Security Border Patrol – Seizure of $275,999.00 from Trevor Allain |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 3c-1 (id) 8\|19 | Photograph – Red Toyota Tundra |
| 3c-2 (id) 8\|19 | Photograph – Packaged Currency in Toyota Tundra |
| 3c-3 (id) 8\|19 | Photograph – Currency in Blue Duffle Bag |
| 4a (id) | November 4, 2008 – US Department of Homeland Security Border Patrol Report of Agent John P. Marsh Regarding the Arrest of Charlie Vallespin and Seizure of 200 Pounds of Marijuana |
| 4b (id) | November 4, 2008 – US Department of Homeland Security Border Patrol Report of Agent Lott Connell Regarding the Arrest of Charlie Vallespin and Seizure of 200 Pounds of Marijuana |
| 4c (id) | Border Patrol – Report of Apprehension or Seizure |
| 4d (id) | US Customs Service – Custody Receipt for Seized Property and Evidence |
| 4e-1 (id) | Photograph – Duffle Bag |
| 4e-2 (id) | Photograph – Duffle Bag and Marijuana |
| 4e-3 (id) | Photograph – Duffle Bag with Exhibit Tag |
| 4e-4 (id) | Photograph – Packaged Marijuana |
| 4f (id) | November 4, 2008 - New Hampshire Drug Task Force Continuation of Investigation Report – Detective Jeffrey Lemoine |
| 4g (id) | November 4, 2008 – New Hampshire Drug Task Force Continuation of Investigation Report – Detective Jesse Sherrill |
| 4h (id) | New Hampshire Drug Task Force Possessed Property Report |
| 4i-1 (id) | Photograph – 2142 Hall Stream Road, Pittsburg, New Hampshire - Rear |
| 4i-2 (id) | Photograph – 2142 Hall Stream Road, Pittsburg, New Hampshire - Front |
| 4i-3 (id) | Photograph – 2142 Hall Stream Road, Pittsburg, New Hampshire - Garage |
| 4i-4 (id) | Photograph – Presidential Pest Control – Mary Roberts, 2142 Hall Stream Road, Pittsburg, New Hampshire |

3

| EXHIBIT | DESCRIPTION |
|---|---|
| 4i-5 (id) | Photograph – Two Duffle Bags |
| 4j (id) | US Department of Justice DEA-6 of Special Agent Michael Connolly Regarding Arrest of Charlie Vallespin and Seizure of Marijuana |
| 4k (id) | US Department of Justice Report of Drug Property Collected |
| 4l (id) | State of New Hampshire Department of Safety Report of Laboratory Examination |
| 5a (id) | December 22, 2008 - US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Surveillance of Dejean Andzic and Adrien Nyangwila |
| 5b (id) | December 23, 2008 – US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Arrest of Trevor Allain |
| 5c-1 (id) 8/19 | Photograph – Tractor Trailers 1 |
| 5c-2 (id) 8/19 | Photograph – Tractor Trailers 2 |
| 5c-3 (id) 8/19 | Photograph – Tractor Trailers 3 |
| 5d (id) | December 23, 2008 - Massachusetts State Police Report of Trooper Gregory Keane Regarding the Arrest of Trevor Allain |
| 5e (id) | December 23, 2008 – Massachusetts State Police Report of Trooper Gregory Keane Regarding the Arrest of Trevor Allain |
| 5f (id) | Commonwealth of Massachusetts Department of State Police Forensic Services – Evidence Submittal |
| 5g (id) | US Department of Justice Report of Drug Property Collected |
| 5h-1 (id) 8/20 | Photograph – Five (5) Boxes of Marijuana |
| 5h-2 (id) 8/20 | Photograph – Five (5) Boxes of Marijuana |
| 5h-3 (id) 8/20 | Photograph – Boxes of Marijuana Inside Vehicle |
| 5i (id) | Commonwealth of Massachusetts Department of State Police Crime Laboratory Report – 184.30 Pounds of Marijuana |
| 5j-1 (id) 8/20 | Marijuana |
| 5j-2 (id) 8/20 | Marijuana |
| 5j-3 (id) 8/20 | Marijuana |

| EXHIBIT | DESCRIPTION |
|---|---|
| 5j-4 (id)  8\|20 | Marijuana |
| 5j-5 (id)  8\|20 | Marijuana |
| 5j-6 (id)  8\|20 | Marijuana |
| 5j-7 (id) | Marijuana |
| 5j-8 (id)  8\|20 | Marijuana |
| 6a (id)  8\|19 | December 30, 2008 – Video Surveillance of Nicholas Champagne |
| 6b (id) | December 30, 2008 - US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Surveillance of Nicholas Champagne |
| 7a (id) | January 21, 2009 - Immigration and Customs Enforcement Special Agent Michael McCullagh Report Regarding Seizure of 1,357 Pounds of Marijuana from Alexei Bretchko |
| 7b (id) | Immigration and Customs Enforcement Possessed Property Report Regarding 1,357 Pounds of Marijuana |
| 7c (id) | US Department of Justice DEA Laboratory Report |
| 7d (id) | US Department of Justice DEA-6 of Special Agent Gregg Willoughby Regarding Inventory of 1,357 Pounds of Marijuana |
| 7e-1 (id) | Photograph – Boxes of Marijuana 1 |
| 7e-2 (id) | Photograph – Boxes of Marijuana 2 |
| 7e-3 (id) | Photograph – Boxes of Marijuana 3 |
| 7e-4 (id) | Photograph – Boxes of Marijuana 4 |
| 7e-5 (id) | Photograph – Marijuana 5 |
| 7e-6 (id) | Photograph – Marijuana 6 |
| 7e-7 (id) | Photograph – Marijuana 7 |
| 7e-8 (id) | Photograph – Marijuana 8 |

5

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 7e-9 (id) | Photograph – Marijuana 9 |
| 7e-10 (id) | Photograph – Marijuana 10 |
| 7e-11 (id) | Photograph – Marijuana 11 |
| 7e-12 (id) | Photograph – Marijuana – "Reg NH" |
| 7e-13 (id) | Photograph – Marijuana – "M-39 NH" |
| 7e-14 (id) | Photograph – Marijuana – "Reg NH" |
| 7e-15 (id) | Photograph – Marijuana – "Jack" |
| 7e-16 (id) | Photograph – Marijuana – "Kush Bos" |
| 7e-17 (id) | Photograph – Marijuana – "Northern Light" |
| 7e-18 (id) | Photograph – Marijuana – "Hawaien Pink Itl" |
| 7e-19 (id) | Photograph – Marijuana – "Sweet Isl Skunk" |
| 7e-20 (id) | Photograph – Marijuana – "Dog" |
| 7e-21 (id) | Photograph – Marijuana – "Power Plant" |
| 7e-22 (id) | Photograph – Marijuana – "235" |
| 7e-23 (id) | Photograph – Marijuana – "236" |
| 7e-24 (id) | Photograph – Marijuana – "238" |
| 7e-25 (id) | Photograph – Marijuana – "AAAA 14" |
| 8a (id) | January 24, 2009 – US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Surveillance of Dejan Andzic and Steven Sarti |
| 9a (id) | February 24, 2009 – US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Surveillance of Dejan Andzic and Arrest of David Coulombe |

| EXHIBIT | DESCRIPTION |
|---|---|
| 9b (id) | February 24, 2009 – US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Acquisition of Non-Drug Evidence |
| 9c (id) | February 24, 2009 – Manchester, NH, Police Department Incident Investigation Report |
| 9d (id) | February 24, 2009 – Search Warrant for Dark Blue 2000 Ford Expedition |
| 9e (id) | February 24, 2009 -   Application for Search Warrant and Supporting Affidavit |
| 9f (id) | US Department of Justice Report of Drug Property Collected |
| 9g (id) | State of New Hampshire Department of Safety Report of Laboratory Examination |
| 9g-1 (id) 8\19 | MRB1 – Marijuana |
| 9g1a (id) 8\19 | Marijuana |
| 9g-2 (id) 8\19 | MRB2 – Marijuana |
| 9g-2a (id) | MRB2 - Marijuana |
| 9g-3 (id) 8\19 | N-61 – One (1) Blue Duffle Bag Labeled "NH" |
| 9g-4 (id) 8\19 | N-63 – Two (2) Black Duffle Bags, One (1) of Which is Labeled "Itl 50 Reg" |
| 9h-1 (id) 8\19 | Photograph – Dark Blue Ford Expedition |
| 9h-2 (id) 8\19 | Photograph – Dark Blue Ford Expedition – License Plate |
| 9h-3 (id) 8\19 | Photograph – Dark Blue Ford Expedition – Passenger Door |
| 9h-4 (id) 8\19 | Photograph – Dark Blue Ford Expedition – Rear Passenger Door – Blue Duffle Bag |
| 9h-5 (id) 8\19 | Photograph – Blue Duffle Bag Labeled "NH" |
| 9h-6 (id) 9\19 | Photograph – Blue Duffle Bag |
| 9h-7 (id) 8\19 | Photograph – Dark Blue Ford Expedition – Back |
| 9h-8 (id) | Photograph – Binder of Insurance – David Coulombe, 140 Allied Street, Manchester, NH |

7

| EXHIBIT | DESCRIPTION |
|---|---|
| 9h-9 (id) | Photograph – Storage Bin with 2 Black Duffle Bags |
| 9h-10 (id) | Photograph – US Currency in Drawer |
| 9h-11 (id) | Photograph – US Currency Fanned |
| 10a (id) | February 15, 2009 – US Department of Justice DEA-6 of Special Agent Jean Drouin Regarding Investigative Activities From February 15, 2009 – March 6, 2009 |
| 11a (id) | February 26, 2009 – US Department of Justice DEA-6 of Special Agent Andy Simsa Regarding Arrest of David Levesque-Gordeau, Adrein Mpeko Nyangwila and Yevgen Semenenko |
| 12a (id) | List of April 2, 2009 – Surveillance Photographs of Nicholas Champagne and Alkis Nakos at 10 Delaware Avenue, Manchester, NH |
| 12b-1 (id)  8\17 | Photograph 1 - 10 Delaware Avenue, Manchester, NH |
| 12b-2 (id)  8\17 | Photograph 2 - 10 Delaware Avenue, Manchester, NH |
| 12b-3 (id)  8\17 | Photograph 3 - 10 Delaware Avenue, Manchester, NH |
| 12b-4 (id)  8\17 | Photograph – Nicholas Champagne and Alkis Nakos |
| 12b-5 (id)  8\17 | Photograph 1 – Alkis Nakos |
| 12b-6 (id)  8\17 | Photograph 2 – Alkis Nakos |
| 12b-7 (id)  8\17 | Photograph 3 – Alkis Nakos |
| 12b-8 (id)  8\17 | Photograph 4 – Alkis Nakos |
| 12b-9 (id)  8\17 | Photograph – Nicholas Champagne and Alkis Nakos |
| 12b-10 (id)  8\17 | Photograph 1 – Nicholas Champagne |
| 12b-11 (id)  8\17 | Photograph 2 – Nicholas Champagne |
| 13a (id) | April 4, 2009 – US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Traffic Stop of Neda Shojaei and Kim LaPorte and Seizure of $194,090.00 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 13b (id) | April 4, 2009 – US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Massachusetts State Police Seizure of $194,090.00 |
| 13c (id) | April 4, 2009 – Massachusetts State Police Trooper David Walsh Activity Report |
| 13d-1 (id)   8/17 | Photograph – Foot Locker, King Kullen, and American Theater Dance Workshop |
| 13d-2 (id)   8/17 | Photograph – Foot Locker, King Kullen, and American Theater Dance Workshop Bags Containing $194,090.00 |
| 13d-3 (id)   8/17 | Photograph – Foot Locker, King Kullen, and American Theater Dance Workshop Bags Containing $194,090.00 |
| 13d-4 (id)   5/17 | Photograph 1 - $194,090.00 |
| 13d-5 (id)   5/17 | Photograph 2 - $194,090.00 |
| 13e (id) | April 5, 2009 – US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Surveillance of Neda Shojaei, Kim LaPorte, Janik LeBlanc, and Marie-Michelle Dion |
| 13f-1 (id)   8/17 | Photograph – Female Couriers 1 |
| 13f-2 (id)   8/17 | Photograph – Female Couriers 2 |
| 13f-3 (id)   8/17 | Photograph – Female Couriers 3 |
| 13f-4 (id)   8/17 | Photograph – Female Courier |
| 14a (id) | April 7, 2009 – US Department of Justice DEA-6 of Special Agent Philip Cousin Regarding the Seizure of $194,830.00 from Neda Shojaei, Kim LaPorte, Janik LeBlanc, and Marie-Michelle Dion |
| 15a (id) | April 7, 2009 – US Department of Homeland Security I-831 of Border Patrol Agent Brendan Roy Regarding Stop of Steven Sarti and Oussame Boussefiane |
| 16a (id) | May 15, 2009 – US Department of Justice DEA-6 of Special Agent Philip Cousin Regarding the Seizure of $548,910.00 from Jeremie St. Pierre |
| 17a (id) | May 27, 2009 – US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Arrest of Michael Gardner and Seizure of 100 Pounds of Marijuana |
| 17b (id) | US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Acquisition of Two (2) Black Hockey Bags – N-16 |

| EXHIBIT | DESCRIPTION |
|---|---|
| 17b-1 (id) 8\17 | N-16 – Two (2) Black Hockey Bags |
| 17c (id) | May 27, 2009 – New Hampshire State Police Incident/Arrest Report of Trooper Michael Berntsen |
| 17d (id) | May 28, 2009 – New Hampshire State Police Trooper Michael Berntsen Application for Search Warrant for 2009 Dodge Charger |
| 17e (id) | May 28, 2009 – New Hampshire State Police Trooper Bryan Trask Continuation of Investigation Report Regarding Seizure of Two (2) Black Duffle Bags Containing 100 Pounds of Marijuana |
| 17f   (id) | State of New Hampshire Department of Safety Forensic Laboratory Evidence Examination Request |
| 17g (id) | State of New Hampshire Department of Safety Report of Laboratory Examination – BMT-1 and BMT-2 |
| 17g-1 (id) 8\17 | BMT-1 – 49.14 Pounds of Marijuana |
| 17g-2 (id) 8\17 | BMT-2 – 49.31 Pounds of Marijuana |
| 17h-1 (id) 8\17 | Photograph – 2009 Dodge Charger – Passenger Side |
| 17h-2 (id) 8\17 | Photograph – 2009 Dodge Charger – Driver's Side |
| 17h-3 (id) 8\17 | Photograph – 2009 Dodge Charger – Back |
| 17h-4 (id) 8\17 | Photograph – One (1) Black Duffle Bag Labeled "NH" |
| 17h-5 (id) 8\17 | Photograph – Two (2) Black Duffle Bags Labeled "NH" |
| 17h-6 (id) 8\17 | Photograph – One (1) Black Duffle Bag – Lock |
| 17h-7 (id) 8\17 | Photograph – One (1) Black Duffle Bag – Lock close Up |
| 17h-8 (id) 8\17 | Photograph – Marijuana – "Reg" 1 |
| 17h-9 (id) 8\17 | Photograph – Marijuana – "Reg" 2 |
| 17h-10 (id) 8\17 | Photograph – Marijuana – "Reg" 3 |
| 17h-11 (id) 8\17 | Photograph – Marijuana – "Reg" 4 |

10

| EXHIBIT | DESCRIPTION |
|---|---|
| 18a (id) | Search and Seizure Warrant – 5032 Route. 114, Canaan, Vermont, and 1916 Underpass Road, Sutton, Vermont |
| 18b (id) | June 17, 2009 – US Department of Justice DEA-6 of Task Force Officer Robert Sylvia Regarding the Execution of a Search Warrant at Underpass Road |
| 18c (id) | June 17, 2009 – US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Acquisition of Non-Drug Evidence During Execution of a Search Warrant at 1916 Underpass Road, Sutton, Vermont |
| 18d (id) | US Department of Justice Receipt for Cash or Other Items |
| 18e-1 (id) 8\17 | Photograph – 1916 Underpass Road, Sutton, Vermont |
| 18e-2 (id) 8\17 | Photograph – Three (3) Duffle Bags Located in Basement of 1916 Underpass Road, Sutton, Vermont |
| 18e-3 (id) 8\17 | Photograph – Two (2) Black Duffle Bags Labeled "LI" and Located in Basement of 1916 Underpass Road, Sutton, Vermont |
| 18e-4 (id) 8\17 | Photograph – One (1) Black Duffle Bag Containing Marijuana Labeled "DSL" and Located in Basement of 1916 Underpass Road, Sutton, Vermont |
| 18e-5 (id) 8\17 | Photograph – Lock on Black Duffle Bag |
| 18e-6 (id) 8\17 | Photograph – Marijuana Labeled "KUSH" |
| 18f (id) | US Department of Justice Drug Enforcement Administration Report of Drug Property Collected |
| 18g (id) | US Department of Justice Drug Enforcement Administration Laboratory Report No. 20743 |
| 18h (id) | June 17, 2009 – US Department of Justice DEA-6 of Special Agent Richard Carter Regarding Execution of Search Warrant at 5032 Route 114, Canaan, VT |
| 18i (id) | June 17, 2009 – US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Acquisition of Evidence |
| 18j (id) | US Department of Justice Drug Enforcement Administration Receipt for Cash or Other Items |
| 18k-1 (id) 8\17 | Photograph – 5032 Route 114, Canaan, Vermont |
| 18k-2 (id) 8\17 | Photograph – Dock at 5032 Route 114, Canaan, Vermont |
| 18k-3 (id) 8\17 | Photograph – Cellular Telephones Seized at 5032 Route 114, Canaan, Vermont |
| 18k-4 (id) 8\17 | Photograph – Three (3) Black Duffle Bags Labeled "ITL" and "FLASH" |

11

| EXHIBIT | DESCRIPTION |
|---|---|
| 18l (id) | Border Patrol Report of Apprehension or Seizure |
| 18m (id) | US Department of Justice Drug Enforcement Administration Report of Drug Property Collected |
| 18n (id) | US Department of Justice Drug Enforcement Administration Laboratory Report |
| 19a (id) | June 18, 2009 - US Department of Justice DEA-6 of Resident Agent in Charge Leo Ducey Regarding the Official Bank Count of $457,465.94 |
| 20a (id) | June 17, 2009 – US Department of Justice DEA-6 of Task Force Officer Paul Hardcastle Regarding the Return of Contents of 2000 Ford Expedition to Derek Dutcher |
| 21a (id) | November 9, 2009 – New Hampshire Department of Corrections Continuation of Investigation Report of Sergeant Marc Marchand |
| 21b (id) | New Hampshire Department of Corrections Offender Detail Sheet Regarding Mihale Leventis |
| 21c (id) | New Hampshire Department of Corrections Offender Detail Sheet Regarding Alkis A. Nakos |
| 22a (id) | September 24, 2009 – US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Acquisition of Non-Drug Evidence |
| 22b (id) 8\17 | Mead Memo Notebook |
| 22c (id) 8\17 | Cambridge Limited Notebook |
| 22d (id) 8\17 | At-A-Glance 2008 Notebook |
| 22e (id) 8\17 | Livescribe Journal 4 Notebook |
| 23a (id) | August 12, 2010 – US Department of Justice DEA-6 of Task Force Officer Charles Anderson Regarding Surveillance of Capitol City Automotive, Concord, New Hampshire |
| 24a (id) | October 17, 2012 – New Hampshire State Police Continuation of Investigation Report of Trooper James Norris regarding Surveillance of Brandon LaChance |
| 25a (id) | November 29, 2012 – New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Controlled Purchase of Marijuana from Charles Fowle |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 25b (id) | November 29, 2012 – New Hampshire State Police Continuation of Investigation Report of Trooper Christopher Roblee Regarding Surveillance of Controlled Purchase of Marijuana from Charles Fowle |
| 25c (id) | State of New Hampshire Department of Safety Division of State Police Evidence Examination Request |
| 26a (id) | December 10, 2012 – New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Debriefing of CI # 2 |
| 27a (id) | January 23, 2013 – New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Debriefing of CI # 2 |
| 28a (id) | January 30, 2013 – New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Debriefing of CI # 2 |
| 29a (id) | January 31, 2013 – New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding Controlled Purchase of Marijuana from Brandon LaChance by CI # 1 |
| 29b (id) | State of New Hampshire Department of Safety Division of State Police Evidence Examination Request |
| 29c (id) | New Hampshire State Police Possessed Property Report |
| 29d (id) | New Hampshire State Police Continuation of Investigation Report of Trooper Kevin Rutina Regarding Transcription of Recorded Telephone Calls Between Brandon LaChance and CI # 1 |
| 29e (id) | New Hampshire State Police Possessed Property Report |
| 29f (id) | New Hampshire State Police Continuation of Investigation Report of Trooper F Vicente Regarding Transcription of Recorded Telephone Calls Between Brandon LaChance and CI # 1 |
| 30a (id) | February 13, 2013 - New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Debriefing with CI # 2 |
| 30b (id) | February 15, 2013 – New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Debriefing with CI # 2 |
| 31a (id) | March 12, 2013 – New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Debriefing with CI # 2 |
| 32a (id) | March 29, 2013 - New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Debriefing with CI # 2 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 33a (id) | April 26, 2013 - New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding Surveillance at 267 Waverly Street, Manchester, New Hampshire |
| 33b (id) | April 27, 2013 - New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding Surveillance at 267 Waverly Street, Manchester, New Hampshire |
| 34a (id) | April 28, 2013 - New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding Surveillance of Alkis Nakos and Kosmas Koustas at Amory Street Pizza, Manchester, New Hampshire |
| 35a (id) | September 24, 2013 - New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Debriefing with CI # 2 |
| 36a (id) | September 30, 2013 - New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Debriefing with CI # 2 and Receipt of Text Messages from Kosmas Koustas and Charles Fowle |
| 37a (id) | October 8, 2013 - New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Debriefing with CI # 2 and Receipt of Telephone Number (508) 479-6296 |
| 37b (id) | October 8, 2013 – New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding Transcription of Recorded Conversation Between Kosmas Koustas and CI # 2 |
| 37c (id) | October 9, 2013 – New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Controlled Payment of $1,000.00 to Charles Fowle by CI # 2 |
| 37d (id) | October 9, 2014 – New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Transcription of Recorded Telephone Conversation Between Charles Fowle and CI # 2 |
| 38a-1 (id) 8\17 | CD-ROM of Recorded Conversations over TT # 1 (508) 479-6296 – Kosmas Koustas |
| 38a-2a (id) 8\17 | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 10-23-2013 – Session 12 |
| 38a-2b (id) 8\17 | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 10-23-2013 – Session 16 |
| 38a-2c (id) 8\17 | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 10-23-2013 – Session 18 |
| 38a-2d (id) 8\17 | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 10-23-2013 – Session 20 |
| 38a-2e (id) 8\17 | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 10-23-2013 – Session 22 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 38a-2f (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 10-23-2013 – Session 23 |
| 38a-2g (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 10-23-2013 – Session 26 |
| 38a-2h (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 10-23-2013 – Session 27 |
| 38a-2i (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 10-24-2013 – Session 43 |
| 38a-2j (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 10-24-2013 – Session 52 |
| 38a-2k (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 11-04-2013 – Session 98 |
| 38a-2l (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 11-09-2013 – Session 134 |
| 38a-2m (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 11-10-2013 – Session 142 |
| 38a-2n (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 11-10-2013 – Session 145 |
| 38a-2o (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 11-10-2013 – Session 153 |
| 38a-2p (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 12-05-2013 – Session 299 |
| 38a-2q (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 12-06-2013 – Session 307 |
| 38a-2r (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 12-07-2013 – Session 317 |
| 38a-2s (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 12-07-2013 – Session 320 |
| 38a-2t (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 12-10-2013 – Session 331 |
| 38a-2u (id) | CD-ROM of Selected Recorded Conversation over TT # 1 (508) 479-6296 – Kosmas Koustas dated 12-10-2013 – Session 339 |
| 38b (id) | Application for Interception of Wire and Electronic Communications over TT # 1 (508) 479-6296 – Kosmas Koustas |
| 38c (id) | Affidavit in Support of Application of Wire and Electronic Communications over TT # 1 (508) 479-6296 – Kosmas Koustas |
| 38d (id) | Order Authorizing the Interception of Wire and Electronic Communications over TT # 1 (508) 479-6296 – Kosmas Koustas |

| EXHIBIT | DESCRIPTION |
|---|---|
| 38e (id) | Supervising Attorney's Memorandum to Monitoring Agents |
| 38f (id) | First Ten Day Report |
| 38g (id) | Second Ten Day Report |
| 38h (id) | Motion to Seal and Impound Original Recordings |
| 38i (id) | Motion to Delay Inventory and Motion to Seal |
| 38j (id) | Second Motion to Delay Inventory and Motion to Seal |
| 38k (id) | United States' Motion for Service of Notice of Inventory |
| 38l (id) | Transcript – TT # 1 - October 23, 2013 – Text Message – Session 7 |
| 38m (id) | Transcript – TT # 1 - October 23, 2013 – Recorded Conversation – Session 12 |
| 38n (id) | Transcript – TT # 1 – October 23, 2013 – Text Message – Session 13 |
| 38o (id) | Transcript – TT # 1 – October 23, 2013 – Text Message – Session 14 |
| 38p (id) | Transcript – TT # 1 – October 23, 2013 – Text Message – Session 15 |
| 38q (id) | Transcript – TT # 1 – October 23, 2013 – Recorded Conversation – Session 16 |
| 38r (id) | Transcript – TT # 1 – October 23, 2013 – Recorded Conversation – Session 18 |
| 38s (id) | Transcript – TT # 1 – October 23, 2013 – Recorded Conversation – Session 20 |
| 38t (id) | Transcript – TT # 1 – October 23, 2013 – Recorded Conversation – Session 22 |
| 38u (id) | New Hampshire State Police Continuation of Investigation Report of Trooper F Vincente Regarding Surveillance at 267 Waverly Street, Manchester, New Hampshire |
| 38v (id) | New Hampshire State Police Continuation of Investigation Report of Trooper C Day Regarding Surveillance at 267 Waverly Street, Manchester, New Hampshire |
| 38w (id) | Transcript – TT # 1 – October 23, 2013 – Recorded Conversation – Session 23 |

16

| EXHIBIT | DESCRIPTION |
|---|---|
| 38x (id) | Transcript – TT # 1 – October 23, 2013 – Recorded Conversation – Session 26 |
| 38y (id) | Transcript – TT # 1 – October 23, 2013 – Recorded Conversation – Session 27 |
| 38z (id) | Transcript – TT # 1 – October 23, 2013 – Recorded Conversation – Session 43 |
| 38aa (id) | Transcript – TT # 1 – October 23, 2013 – Recorded Conversation – Session 52 |
| 38bb (id) | New Hampshire State Police Continuation of Investigation Report of Trooper Kevin Rutina Regarding Surveillance of 1465 Hooksett Road, Hooksett, New Hampshire |
| 38cc (id) | Search and Seizure Warrant for Installation and Monitoring of a Tracking Device in or on a 2003 Volkswagen GTI |
| 38dd (id) | Application for a Search Warrant for Installation and Monitoring of a Tracking Device in or on a 2003 Volkswagen GTI |
| 38ee (X) 8/21 | Warrant Authorizing the Installation and Monitoring of a Tracking Device ~~Stipulated on the record~~ |
| 38ff (id) | Motion to Seal |
| 38gg (id) | Search and Seizure Warrant |
| 38hh (id) | Second Supplemental Motion to Seal |
| 38ii (id) | Transcript – TT # 1 – November 4, 2013 – Recorded Conversation – Session 98 |
| 38jj (id) | Transcript – TT # 1 – November 9, 2013 – Recorded Conversation – Session 134 |
| 38kk (id) | November 9, 2013 - New Hampshire State Police Continuation of Investigation Report of Trooper Kevin Rutina Regarding Surveillance of Kosmas Koustas and Jeremy Blevens at Game Stop, Manchester, New Hampshire |
| 38ll (id) | INTENTIONALLY OMITTED |
| 38mm (id) | Transcript – TT # 1 – November 10, 2013 – Recorded Conversation – Session 142 |
| 38nn (id) | Transcript – TT # 1 – November 10, 2013 – Recorded Conversation – Session 145 |
| 38oo (id) | Transcript – TT # 1 – November 10, 2013 – Text Message – Session 146 |

| EXHIBIT | DESCRIPTION |
|---|---|
| 38pp (id) | Transcript – TT # 1 – November 10, 2013 – Recorded Conversation – Session 153 |
| 38qq (id) | New Hampshire State Police Continuation of Investigation Report of Trooper Kevin Rutina Regarding Surveillance of Kosmas Koustas and Jeremy Blevens |
| 38rr (id) | Metro PCS Subscriber and Toll Records of Kosmas Koustas, 1465 Hooksett Road, Hooksett, New Hampshire - (508) 261-0853 – October 1, 2013 – October 30, 2013    Stipulated on the record |
| 38ss (id) | Metro PCS Subscriber and Toll Records of Kosmas Koustas, 1465 Hooksett Road, Hooksett, New Hampshire - (508) 261-0853 – September 20, 2013 – November 18, 2013 |
| 39a (id) | Application for Interception of Wire and Electronic Communications over TT # 1 (508) 479-6296 – Kosmas Koustas - and TT # 2 (603) 657-5195 – Jeremy Blevens |
| 39b (id) | Affidavit in Support of Application of Wire and Electronic Communications over TT # 1 (508) 479-6296 – Kosmas Koustas - and TT # 2 (603) 657-5195 – Jeremy Blevens |
| 39c (id) | Order Authorizing the Interception of Wire and Electronic Communications over TT # 1 (508) 479-6296 – Kosmas Koustas - and TT # 2 (603) 657-5195 – Jeremy Blevens |
| 39d (id) | Supervising Attorney's Memorandum to Monitoring Agents and Specially Deputized Officers |
| 39e (id) | First Ten Day Report |
| 39f (id) | Second Ten Day Report |
| 39g (id) | Motion to Seal and Impound Original Recordings |
| 39h (id) | Motion to Delay Inventory and Motion to Seal |
| 39o (id) | United States' Motion for Service of Notice of Inventory |
| 39p (id) | Transcript – TT # 1 – December 4, 2013 – Text Message – Session 278 |
| 39q (id) | Transcript – TT # 1 – December 5, 2013 – Text Messages – Sessions 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297, 298 |

| EXHIBIT | DESCRIPTION |
|---|---|
| 39r (id) | Transcript – TT # 1 – December 5, 2013 – Recorded Conversation – Session 299 |
| 39s (id) | New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding the December 5, 2013, Surveillance of Kosmas Koustas |
| 39t (id) | Transcript – TT # 1 – December 6, 2013 – Text Message – Session 302 |
| 39u (id) | Transcript – TT # 1 – December 6, 2013 – Recorded Conversation – Session 307 |
| 39v (id) | Transcript – TT # 1 – December 7, 2013 – Recorded Conversation – Session 317 |
| 39w (id) | Transcript – TT # 1 – December 7, 2013 – Recorded Conversation - Session 320 |
| 39x (id) | Transcript – TT # 1 – December 7, 2013 – Attempted Call – Session 322 |
| 39y (id) | Transcript – TT # 1 – December 7, 2013 – Attempted Call – Session 324 |
| 39z (id) | New Hampshire State Police Continuation of Investigation Report of Trooper Stephen Puopolo Regarding the December 7, 2013, Surveillance of Kosmas Koustas |
| 39aa (id) | Transcript – TT # 1 – December 10, 2013 – Recorded   Conversation – Session 331 |
| 39bb (id) | Transcript – TT # 1 – December 10, 2013 – Attempted Call – Session 337 |
| 39cc (id) | Transcript – TT # 1 – December 10, 2013 – Recorded Conversation – Session 339 |
| 39dd (id) | New Hampshire State Police Continuation of Investigation Report of Trooper Christopher Roblee Regarding the December 10, 2013, Surveillance of Kosmas Koustas |
| 39ee (id) | Metro PCS Subscriber and Toll Records of Kosmas Koustas, 1465 Hooksett Road, Hooksett, New Hampshire - (508) 261-0853 – November 11, 2013 – December 10, 2013 |
| 40a-1 (id) 8\17 | CD-ROM of Recorded Conversations over TT # 4 (508) 745-9616 – Kosmas Koustas |
| 40a-2a (id) 8\17 | CD-ROM of Selected Recorded Conversation over TT # 4 (508) 479-6296 – Kosmas Koustas dated 1/16/2014 - Session 12 |
| 40a-2b (id) 8\17 | CD-ROM of Selected Recorded Conversation over TT # 4 (508) 479-6296 – Kosmas Koustas dated 1/19/2014 – Session 25 |

| EXHIBIT | DESCRIPTION |
|---|---|
| 40a-2c (id) ᵍ\ᵄ | CD-ROM of Selected Recorded Conversation over TT # 4 (508) 479-6296 – Kosmas Koustas dated 1/19/2014 – Session 27 |
| 40a-2d (id) ᵍ\ᵄ | CD-ROM of Selected Recorded Conversation over TT # 4 (508) 479-6296 – Kosmas Koustas dated 1/22/2014 – Session 31 |
| 40a-2e (id) ᵍ\ᵄ | CD-ROM of Selected Recorded Conversation over TT # 4 (508) 479-6296 – Kosmas Koustas dated 1/29/2015 – Session 49 |
| 40b (id) | Application for Interception of Wire and Electronic Communications over TT # 4 (508) 745-9616 – Kosmas Koustas |
| 40c (id) | Order Authorizing the Interception of Wire and Electronic Communications over TT # 4 (508) 745-9616 – Kosmas Koustas |
| 40d (id) | Supervising Attorney's Memorandum to Monitoring Agents and Specially Deputized Officers |
| 40e (id) | First Ten Day Report |
| 40f (id) | Second Ten Day Report |
| 40g (id) | Motion to Seal and Impound Original Records |
| 40h (id) | Motion to Delay Inventory and Motion to Seal |
| 40i (id) | United States' Motion for Service of Notice of Inventory |
| 40j (id) | Transcript – TT # 4 – January 16, 2014 – Recorded Conversation – Session 12 |
| 40k (id) | Transcript – TT # 4 – January 19, 2014 – Recorded Conversation – Session 25 |
| 40l (id) | Transcript – TT # 4 – January 19, 2014 – Recorded Conversation – Session 27 |
| 40m (id) | New Hampshire State Police Continuation of Investigation Report of Trooper Christopher Roblee Regarding Surveillance of Kosmas Koustas |
| 40n (id) | Transcript – TT # 4 – January 22, 2014 – Recorded Conversation – Session 31 |
| 40o (id) | New Hampshire State Police Continuation of Investigation Report of Trooper Christopher Roblee Regarding Surveillance of 267 Waverly Street, Manchester, New Hampshire |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 40p (id) | New Hampshire State Police Continuation of Investigation Report of Trooper Christopher Roblee Regarding Surveillance of Kosmas Koustas |
| 40q (id) | Avis Budget Group Motor Vehicle Rental of Isaac Olson |
| 40r (id) | New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding Debriefing of CI # 2 |
| 40s (id) | Transcript – TT # 4 – January 29, 2014, Recorded Conversation – Session 49 |
| 40t (id) | INTENTIONALLY OMITTED |
| 40u (id) | February 4, 2014 - New Hampshire State Police Continuation of Investigation Report of Sergeant Robert Lefoley Regarding the Debriefing of CI # 3 |
| 40v (id) | February 4, 2014 - New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding Recorded Conversations Between CI # 3 and Kosmas Koustas |
| 40w (id) | February 15, 2014 - New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding a Recorded Conversation Between CI # 3 and Kosmas Koustas |
| 40x (id) | Search and Seizure Warrant – 2003 Volkswagen GTI |
| 40y (id) | February 19, 2013 - New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding a Recorded Conversation Between CI # 3 and Kosmas Koustas |
| 40z (id) | February 20, 2013 - New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding the Controlled Purchase of Marijuana by CI # 3 from Kosmas Koustas |
| 40aa (id) | February 20, 2013 - New Hampshire State Police Continuation of Investigation Report of Trooper Stephen Puopolo Regarding a Recorded Conversation Between CI # 3 and Kosmas Koustas |
| 40bb (id) | March 17, 2014 - New Hampshire State Police Narrative of Trooper Aaron Richards and Trooper Stefan Czyzowski Regarding a Motor Vehicle Stop of Alkis Nakos and Christopher Ranfos |

| EXHIBIT | DESCRIPTION |
|---|---|
| 40cc (id) | March 18, 2014 – Application for Search Warrant and Supporting Affidavit – 2014 Mercedes E350 – Alkis Nakos |
| 40dd (id) | New Hampshire State Police Possessed Property Report – Alkis Nakos |
| 40ee (id) | New Hampshire State Police Possessed Property Report – Alkis Nakos |
| 40ff (id) | New Hampshire State Police Possessed Property Report – Alkis Nakos |
| 40gg (id) | New Hampshire State Police Possessed Property Report – Christopher Ranfos |
| 40hh (id) | New Hampshire State Police Possessed Property Report – Christopher Ranfos |
| 40ii (id) | Transcript of Testimony of New Hampshire State Police Trooper Stefan Czyzowski |
| 41a-1 (id) | CD-ROMS of Recorded Conversations over TT # 5 (603) 261-0853 – Kosmas Koustas |
| 41a-1a (id) | CD-ROM of Selected Recorded Conversation from EX 41-a-1 over TT # 5 (603) 261-0853 - Kosmas Koustas dated March 6, 2014 – Session 26 |
| 41-a-1b (id) | CD-ROM of Selected Recorded Conversation from EX 41-a-1 over TT # 5 (603) 261-0853 - Kosmas Koustas dated March 6, 2014 – Session 27 |
| 41-a-1c (id) | CD-ROM of Selected Recorded Conversation from EX 41-a-1 over TT # 5 (603) 261-0853 - Kosmas Koustas dated March 15, 2014 – Session 876 |
| 41-a-1d (id) | CD-ROM of Selected Recorded Conversation from EX 41-a-1 over TT # 5 (603) 261-0853 - Kosmas Koustas dated March 30, 2014 – Session 2138 |
| 41-a-1e (id) | CD-ROM of Selected Recorded Conversation from EX 41-a-1 over TT # 5 (603) 261-0853 - Kosmas Koustas dated March 30, 2014 – Session 2139 |
| 41-a-1f (id) | CD-ROM of Selected Recorded Conversation from EX 41-a-1 over TT # 5 (603) 261-0853 - Kosmas Koustas dated March 30, 2014 – Session 2161 |
| 41-a-1g (id) | CD-ROM of Selected Recorded Conversation from EX 41-a-1 over TT # 5 (603) 261-0853 - Kosmas Koustas dated March 30, 2014 – Session 2176 |
| 41-a-1h (id) | CD-ROM of Selected Recorded Conversation from EX 41-a-1 over TT # 5 (603) 261-0853 - Kosmas Koustas dated March 30, 2014 – Session 2235 |
| 41b-1 (id) | CD-ROM of Recorded Conversations over TT # 6 (603) 361-8920 – Kosmas Koustas |
| 41b-1a (id) | CD-ROM of Selected Conversations over TT # 6 (603) 361-8920 – Kosmas Koustas – Session 10 |
| 41b-1b (id) | CD-ROM of Selected Conversations over TT # 6 (603) 361-8920 – Kosmas Koustas – Session 197 |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 41c (id) | Application for Interception of Wire Communications Over TT # 5 (603) -261-0853 – Kosmas Koustas and TT # 6 (603) 361-8920 – Kosmas Koustas |
| 41d (id) | Affidavit in Support of Application for Interception of Wire Communications Over TT # 5 (603) 261-0853 – Kosmas Koustas and TT # 6 (603) 361-8920 – Kosmas Koustas |
| 41e (id) | Order Authorizing the Interception of Wire Communications Over TT # 5 (603) 261-0853 – Kosmas Koustas and TT # 6 (603) 361-8920 – Kosmas Koustas |
| 41f (id) | Supervising Attorney's Memorandum to Monitoring Agents and Specially Deputized Officers |
| 41g (id) | First Ten Day Report |
| 41h (id) | Second Ten Day Report |
| 41i (id) | Motion to Seal and Impound Original Records |
| 41j (id) | Motion to Delay Inventory and Motion to Seal |
| 41k (id) | United States' Motion for Service of Notice of Inventory – TT # 5 (603) 261-0853 |
| 41l (id) | United States' Motion for Service of Notice of Inventory – TT # 6 (603) 361-8920 |
| 41m (id) | March 7, 2014 - New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding CI # 3 Controlled Meeting with Kosmas Koustas |
| 41n (id) | March 9, 2014 – New Hampshire State Police Continuation of Investigation Report of Trooper Stephen Puopolo Regarding Surveillance of Meeting Between Kosmas Koustas and Juan Rodriguez Sanchez |
| 41o (id) | Transcript – TT # 5 – March 6, 2014 – Recorded Conversation – Session 26 |
| 41p (id) | Transcript – TT # 5 – March 6, 2014 – Recorded Conversation – Session 27 |
| 41q (id) | Transcript – TT # 6 – March 7, 2014 – Recorded Conversation – Session 10 |
| 41r (id) | Transcript – TT # 5 – March 15, 2014 – Recorded Conversation – Session 876 |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 41s (id) | March 15, 2014 - New Hampshire State Police Continuation of Investigation Report of Trooper Christopher Roblee Regarding Surveillance of 143 Cedar Street, Manchester, New Hampshire |
| 41t (id) | March 15, 2014 – New Hampshire State Police Incident Arrest Report of Trooper Stephen McAulay Regarding the Motor Vehicle Stop of John Horne, Jr. |
| 41u (id) | New Hampshire Department of Safety Division of State Police Written Consent for Search – John Horne, Jr. |
| 41v (id) | March 22, 2014 – New Hampshire State Police Continuation of Investigation Report of Trooper Kevin Rutina Regarding Surveillance of Kosmas Koustas Meeting with Juan Rodriguez Sanchez |
| 41w (id) | Transcript – TT # 6 – March 30, 2014 – Recorded Conversation – Session 197 |
| 41x (id) | Search and Seizure Warrant – 2003 Volkswagen GTI |
| 41y (id) | Transcript – TT # 5 – March 30, 2014 – Recorded Conversation – Session 2138 |
| 41z (id) | Transcript – TT # 5 – March 30, 2014 – Recoded Conversation – Session 2139 |
| 41aa (id) | Transcript – TT # 5 – March 30, 2014 – Recoded Conversation – Session 2161 |
| 41bb (id) | Transcript – TT # 5 – March 30, 2014 – Recoded Conversation – Session 2176 |
| 41cc (id) | Transcript – TT # 5 – March 30, 2014 – Recoded Conversation – Session 2235 |
| 41dd (id) | March 30, 2014 - Derry, New Hampshire, Police Department Arrest Report Regarding Arrest of Kosmas Koustas |
| 41ee (id) | March 30, 2014 – Application for Search Warrant and Supporting Affidavit for 1465 Hooksett Road, Apartment 141, Hooksett, New Hampshire |
| 41ff (id) | March 30, 2014 – Search Warrant for 1465 Hooksett Road, Apartment 141, Hooksett, New Hampshire |
| 41gg (id) | March 30, 2014 – Application for Search Warrant and Supporting Affidavit for 140 South Porter Street, Manchester, New Hampshire |
| 41hh (id) | March 30, 2014 – Search Warrant for 140 South Porter Street, Manchester, New Hampshire |
| 41ii (id) | March 30, 2014 – New Hampshire State Police Continuation of Investigation Report of Trooper Stephen Puopolo Regarding Search of 1465 Hooksett Road, Apartment 141, Hooksett, New Hampshire |

| EXHIBIT | DESCRIPTION |
|---|---|
| 41jj (id) | March 30, 2014 – New Hampshire State Police Possessed Property Report of Trooper Stephen Puopolo Regarding Evidence Seized from 1465 Hooksett Road, Apartment 141, Hooksett, New Hampshire |
| 41jj-1 (id) 8/17 | STP – 5 – Tanita Digital Scale |
| 41jj-2 (id) 8/17 | STP – 7 – 12 Ounce Sealed Bottles of Inositol Powder |
| 41jj-3 (id) 8/17 | STP – 13A – One (1) Sealed Quart of Klean Strip Acetone |
| 41jj-4 (id) 8/17 | STP – 19 – One (1) Royal Sovereign Money Counter |
| 41kk (id) | New Hampshire State Police Evidence Examination Request |
| 41kk-1 (id) 8/17 | STP – 2 - Ruger P94 Pistol, Serial Number 340-78726 |
| 41kk-2 (id) 8/17 | STP – 2A – Glock .30 Caliber Pistol, Serial Number ETK617US |
| 41kk-3 (id) 8/17 | STP – 2B – 28 Rounds of .40 Caliber Ammunition and Three (3) Glock Magazines |
| 41kk-4 (id) 8/17 | STP – 2C – 20 Rounds of .45 Caliber Ammunition and Two (2) Ruger Magazines |
| 41kk-5 (id) 8/17 | STP – 2D - .45 Caliber Winchester Ammunition |
| 41kk-6 (id) 8/17 | STP – 4 – MDMA |
| 41kk-7 (id) 8/17 | STP – 5A – 46 Rounds of Winchester .45 Caliber Ammunition |
| 41kk-8 (id) 8/17 | STP – 21 – Vacuum Sealed Package of Marijuana |
| 41ll (id) | New Hampshire State Police Evidence Examination Request |
| 41ll-1 (id) 8/17 | SPS – 1 – Two (2) Digital Scales |
| 41ll-2 (id) 8/17 | SPS – 6 – Large Black Duffle Bag with Tag Marked "Diamond Kush x 50" |
| 41ll-3 (id) 8/17 | SPS-9 – One (1) Piece of Cardboard with "Diamond Kush x 50" on One Side and "Boston" on the Opposite Side |
| 41mm (id) | State of New Hampshire Department of Safety Report of Laboratory Examination |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 42a (id) | June 23, 2014 - Application for Search Warrant and Supporting Affidavit – 366 Arah Street, Manchester, New Hampshire |
| 42b (id) | June 23, 2014 – Warrant – 366 Arah Street, Manchester, New Hampshire |
| 42c (id) | June 24, 2014 – New Hampshire State Police Continuation of Investigation Report of Piche Regarding the Execution of a Search Warrant at 366 Arah Street, Manchester, New Hampshire |
| 42d (id) | June 24, 2014 – New Hampshire State Police Possessed Property Report – 366 Arah Street, Manchester, New Hampshire |
| 42e (id) | June 24, 2014 – New Hampshire State Police Evidence Examination Request – 366 Arah Street, Manchester, New Hampshire |
| 42f (id) | June 24, 2014 – New Hampshire State Police Possessed Property Report – 366 Arah Street, Manchester, New Hampshire |
| 42g (id) | EJP – 14 - TD Bank – Summary of Accounts – Alkis Nakos – December 16, 2009 – December 31, 2009 - $116,907.32 |
| 42h (id) | EJP – 14 - St. Mary's Bank – Summary of Accounts – Alkis Nakos – March 11, 2010 – March 24, 2010 - $101,544.57 |
| 42i (id) | EJP-3A - St. Mary's Bank – Statement of Account – Alkis Nakos – November 20, 2013 – December 17, 2013 - $56,492.80 |
| 42j (id) | EJP – 14 – Gucci Receipt – July 13, 2010 – Mens Shoes - $480.00 |
| 42k (id) | Money Bands |
| 43a (id) | June 22, 2012 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Investigator Gregory J. Nye |
| 43b (id) | September 6, 2012 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Investigator Gregory J. Nye |
| 43c (id) | March 21, 2013 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Sergeant Paul A. Poirier |
| 43d (id) | March 21, 2013 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Investigator Gregory J. Nye |
| 43e (id) | March 22, 2013 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Sergeant Paul A. Poirier |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 43f (id) | March 26, 2013 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Sergeant Paul A. Poirier |
| 43g (id) | March 26, 2013 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Investigator Gregory J. Nye |
| 43h (id) | April 12, 2013 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Sergeant Paul A. Poirier |
| 43i (id) | April 12, 2013 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Investigator Gregory J. Nye |
| 43j (id) | May 1, 2013 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Sergeant Paul A. Poirier |
| 43k (id) | May 7, 2013 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Sergeant Paul A. Poirier |
| 43l (id) | May 10, 2013 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Sergeant Paul A. Poirier |
| 43m (id) | May 10, 2013 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Investigator Gregory J. Nye |
| 43n (id) | June 20, 2014 - New Hampshire Liquor Commission Bureau of Enforcement Supplemental Narrative for Investigator Gregory J. Nye |
| 43o (id) | June 20, 2014 – Application for Search Warrant and Supporting Affidavit – Amory Street House of Pizza, 253 Amory Street, Manchester, New Hampshire |
| 43p-1 (id) 8/17 | Photograph # 1 – Amory Street Pizza – Front View |
| 43p-2 (id) 8/17 | Photograph # 2 – Amory Street Pizza – Side View |
| 43p-3 (id) | Photograph # 3 – Amory Street Pizza – Interior |
| 43p-4 (id) 8/17 | Photograph # 4 – Amory Street Pizza – Video Poker Machines |
| 43p-5 (id) 8/17 | Photograph # 5 – Amory Street Pizza – Video Poker Machine |
| 43p-6 (id) 8/17 | Photograph # 6 – Amory Street Pizza – Video Poker Machine |
| 43p-7 (id) 8/17 | Photograph # 7 – Amory Street Pizza – Back Room |
| 43p-8 (id) | Photograph # 8 – Amory Street Pizza – Firearm |
| 43p-9 (id) | Photograph # 9 – Amory Street Pizza – Firearm |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 43p-11 (id) | Photograph # 11 – Amory Street Pizza – Currency in Pizza Box |
| 43q (id) | State of New Hampshire Liquor Commission Search Warrant Return |
| 43r (id) | State Liquor Commission Special Enforcement Photo Log |
| 44a (id) | August 3, 2012 – Manchester, New Hampshire Police Department Incident/Investigation Report of Officer Thomas C. Whelan |
| 45a (id) | April 30, 2014 - Mashantucket Pequot Tribal Nation, d/b/a Foxwoods Resort Casino – Gambling Records of Alkis Nakos |
| 46a (id) | May 12, 2014 – Residential Mortgage Services (RMS) Records Regarding Alkis Nakos |
| 47a (id) | June 11, 2014 – TD Bank, N.A., Records Regarding Alkis Nakos |
| 48a (id) | May 13, 2014 – Mercedes-Benz Financial Services Records Regarding Alkis Nakos |
| 49a (id) | Federal Bureau of Prisons – Inmate Center Report – Nicholas Champagne |
| 50a (id) | US Individual Income Tax Return – 2008 – 2013 – Alkis Nakos |
| 51a (id) | February 10, 2015 – CD-ROM – MSP-2-2 |
| 51b (id) | February 10, 2015 – CD-ROM – MSP 2-1 |
| 51c (id) | New Hampshire State Police Computer Forensics - Report Home Page |
| 51d (id) | New Hampshire State Police Forensics Laboratory - Narrative of Findings |
| 51e (id) | New Hampshire State Police Forensics Laboratory – Glossary |
| 51f (id) | Device – Decrypted Alky.EO1 |
| 51g (id) | February 2, 2012 – Letter to Alkis Nakos Regarding Seizure of Currency |
| 51h (id) | Computer Files Bookmarked – Operation Brownshirt Discovery |
| 51i (id) | Google Analytics Referral Cookies Carved |

28

| EXHIBIT | DESCRIPTION |
|---|---|
| 51j (id) 8\24 | Google Searches |
| 51k (id) 8\24 | Safari History |
| 51l (id) 8\24 | iOS Notes Backup |
| 51m-1 (id) | Photograph – Nakos and Unknown Male |
| 51m-2 (id) | Photograph – Nakos |
| 51m-3 (id) | Photograph – Nakos |
| 52a (id) | Photograph – 4 Coldbrook Road, Millbury, Massachusetts |
| 52b (id) | Photograph – Jeffrey Colgrove |
| 52c (id) 8\19 | Photograph – Alkis Nakos |
| 52d (id) 8\20 | Photograph – Steven Sarti 1 |
| 52d-1 (id) | Photograph – Steven Sarti 2 |
| 52e (id) | Photograph – Steven Sarti and Tomas Donahue |
| 52f (id) 8\19 | Photograph – Nicholas Champagne |
| 52g (id) | Photograph – Dejean Andzic |
| 52h (id) 8\19 | Photograph – Trevor Allain |
| 52i (id) 8\19 | Photograph – Trevor Allain |
| 52j (id) | Photograph – Brandon Anderson |
| 52k (id) 8\19 | Photograph – Neda Shojaei and Kim Laporte |
| 52l (id) | Photograph – Jonathan Venturini |

| EXHIBIT | DESCRIPTION |
|---|---|
| 52m (id) | Photograph – Kristopher Venturini |
| 52n (id) | Photograph – Jeremie St. Pierre |
| 52o (id) | Photograph – 52 Chase Street, Methuen, Massachusetts |
| 52p-1 (id) | Photograph – Marijuana in Warehouse |
| 52p-2 (id) | Photograph – Marijuana in Warehouse – NH M-39 – 1 |
| 52p-3 (id) | Photograph – Marijuana in Warehouse – NH M-39 – 2 |
| 52p-4 (id) | Photograph – Marijuana in Warehouse – NH Reg – 1 |
| 52p-5 (id) | Photograph – Marijuana in Warehouse – NH Reg – 2 |
| 52p-6 (id) | Photograph – Marijuana in Warehouse – 236 |
| 52p-7 (id) | Photograph – Marijuana in Warehouse – 236 and 237 |
| 52p-8 (id) | Photograph – Marijuana in Warehouse – OG Kush ANAL |
| 52p-9 (id) | Photograph – Marijuana in Warehouse – KUSH BK |
| 52p-10 (id) | Photograph – Marijuana in Warehouse – ITL |
| 52p-11 (id) | Photograph – Marijuana in Warehouse – BOS M-39 |
| 52p-12 (id) | Photograph – Marijuana in Warehouse – ITL NOVA |
| 52p-13 (id) | Photograph – Marijuana in Warehouse – ITL HAWAIEN PINK |
| 53a (id) | May 13, 2010 – US Department of Justice DEA-6 of Special Agent Garth Hamelin Regarding the Proffer of Steven Sarti |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 53b (id) | February 13, 2014 – US Department of Justice DEA-6 of TFO Stephen Holbrook Regarding the Interview of a Cooperating Defendant |
| 53c (id) | Superseding Indictment |
| 53d (id) | Plea Agreement – United States of America v. Steven Sarti, Cr. No. 09-301 |
| 53e (id) | Judgment in a Criminal Case – United States v. Steven Sarti, Cr. No. 09-301 |
| 53f (id) | August 9, 2012 – United States' U.S.S.G. Letter Regarding Steven Sarti |
| 53g (id) | Amended Judgment in a Criminal Case – United States of America v. Steven Sarti, Cr. No. 09-301 |
| 53h (id) | September 25, 2009 – Proffer Agreement - United States of America v. Steven Sarti, Cr. No. 09-301 |
| 53i (id) | Cooperation Agreement- United States of America v. Steven Sarti, Cr. No. 09-301 |
| 53j (id) | November 2, 2009 – Proffer Agreement - United States of America v. Steven Sarti, Cr. No. 09-301 |
| 53k (id) | November 2, 2009 – Proffer Agreement 2 - United States of America v. Steven Sarti, Cr. No. 09-301 |
| 53l (id) | November 23, 2009 – Proffer Agreement - United States of America v. Steven Sarti, Cr. No. 09-301 |
| 54a (id) | July 25, 2014 – New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding the Statement of Nicholas Champagne |
| 54b (id) | Indictment – United States v. Nicholas Champagne, Cr. No. 09-117-01-SM |
| 54c (id) | Superseding Indictment - United States v. Nicholas Champagne, Cr. No. 09-117-01-SM |
| 54d (id) | Plea Agreement - United States v. Nicholas Champagne, Cr. No. 09-117-01-SM |
| 54e (id) | Transcript of Sentencing Hearing - United States v. Nicholas Champagne, Cr. No. 09-117-01-SM |
| 54f (id) | Judgment in a Criminal Case - United States v. Nicholas Champagne, Cr. No. 09-117-01-SM |
| 55a (id) | July 2, 2014 – New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding the Statement of Charles Fowle |

| EXHIBIT | DESCRIPTION |
|---|---|
| 55b (id) | Indictment – United States v. Charles Fowle, Cr. No. 14-93-03-LM |
| 55c (id) | Indictment – United States v. Charles Fowle, Cr. No. 14-86-04-JL |
| 55d (id) | June 27, 2014 – Proffer Agreement - United States v. Charles Fowle, Cr. No. 14-93-03-LM |
| 55e (id) | January 16, 2015 – Cooperation Agreement - United States v. Charles Fowle, Cr. No. 14-93-03-LM |
| 55f (id) | Plea Agreement - United States v. Charles Fowle, Cr. No. 14-93-03-LM, and United States v. Charles Fowle, Cr. No. 14-86-01-JL |
| 56a (id) | July 3, 2014 - New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding the Statement of Jonathan Venturini |
| 56b (id) | Indictment – United States v. Jonathan Venturini, Cr. No. 14-85-01-JD |
| 56c (id) | July 1, 2014 – Proffer Agreement - United States v. Jonathan Venturini, Cr. No. 14-85-01-JD |
| 56d (id) | October 28, 2014 – New Hampshire State Police Property Receipt – Gold Mariner Link Necklace |
| 56e (id) | May 19, 2015 – Cooperation Agreement - United States v. Jonathan Venturini, Cr. No. 14-85-01-JD |
| 56f (id) | Plea Agreement - United States v. Jonathan Venturini, Cr. No. 14-85-01-JD |
| 56g (id) | June 30, 2014 – New Hampshire State Police Continuation of Investigation Report of Trooper Sean Sweeney Regarding the Search of 516 Notre Dame Avenue, Manchester, New Hampshire |
| 56h (id) | Jonathan Venturini Earnings Statements |
| 57a (id) | October 10, 2014 – Statement of David Sweeney |
| 57b (id) | July 31, 2015 – New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding the Statement of David Sweeney |
| 57c (id) | Indictment – United States v. David Sweeney, Cr. No. 12-22-01-SM |
| 57d (id) | April 18, 2012 – Proffer Agreement - United States v. David Sweeney, Cr. No. 12-22-01-SM |
| 57e (id) | Plea Agreement - United States v. David Sweeney, Cr. No. 12-22-01-SM |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 57f (id) | U.S.S.G. 5K1.1 Departure Motion - <u>United States v. David Sweeney</u>, Cr. No. 12-22-01-SM |
| 57g (id) | Judgment in a Criminal Case - <u>United States v. David Sweeney</u>, Cr. No. 12-22-01-SM |
| 57h (id) | Criminal Complaint – <u>United States v. David Sweeney</u>, Cr. No. 14-195-01-AJ |
| 57i (id) | February 21, 2014 – US Department of Justice DEA-6 of Special Agent Michael Connolly Regarding the Statement of David Sweeney |
| 57j (id) | July 25, 2013 – Request for Modifying the Conditions or Term of Supervision - <u>United States v. David Sweeney</u>, Cr. No. 12-22-01-SM |
| 57k (id) | February 19, 2014 – Petition for Warrant or Summons for Offender Under Supervision - <u>United States v. David Sweeney</u>, Cr. No. 12-22-01-SM |
| 57l (id) | October 10, 2014 – Proffer Agreement - <u>United States v. David Sweeney</u>, Cr. No. 14-195-01-AJ |
| 58a (id) | January 12, 2015 New Hampshire State Police Continuation of Investigation Report of Trooper James Norris Regarding the Statement of Golbarg Hassan |
| 58b (id) | January 12, 2015 – US Department of Justice DEA-6 of Special Agent Kevin M. Kadish Regarding the Statement of Golbarg Hassan |
| 58c (id) | Criminal Complaint – <u>United States v. Golbarg Hassan</u>, Cr. No. 14-448-GLF |
| 58d (id) | Indictment - <u>United States v. Golbarg Hassan</u>, Cr. No. 14-448-GLF |
| 58e (id) | December 23, 2014 – Proffer Agreement - <u>United States v. Golbarg Hassan</u>, Cr. No. 14-448-GLF |
| 58f (id) | Plea Agreement - <u>United States v. Golbarg Hassan</u>, Cr. No. 14-448-GLF |
| 58g (id) | Addendum to Plea Agreement - <u>United States v. Golbarg Hassan</u>, Cr. No. 14-448-GLF |
| 58h-1 (id) | Photograph – Jeffrey Colgrove, a/k/a "Buddy" |
| 58h-2 (id) | Photograph – Leslie Grant, a/k/a "L" |

| EXHIBIT | DESCRIPTION |
|---|---|
| 58h-3 (id) | Photograph – Marijuana – Kush |
| 58h-4 (id) | Photograph – Packages of Marijuana |
| 59a-1 (id) | Photograph – Valueline Transport Inc. Truck |
| 59a-2 (id) | Photograph – Valueline Transport Inc. Truck - License Plate |
| 59a-3 (id) | Photograph – Valueline Transport Inc. Truck – Interior |
| 59a-4 (id) | Photograph – Pallets of North River Boxes |
| 59a-5 (id) | Photograph – Two (2) North River Boxes |
| 59a-6 (id) | Photograph – Two (2) Open North River Boxes |
| 60 (id) | EJP-14 – Evidence Bag Containing Documentation |
| 60a (id) | TD Bank – Statement of Account – December 16, 2009 – December 31, 2009 |
| 60b (id) | TD Bank – Statement of Account – December 16, 2009 – January 4, 2010 |
| 60c (id) | TD Bank – Statement of Account  - January 1, 2010 – February 3, 2010 |
| 60d (id) | TD Bank – STMT Savings Deposit Receipts |
| 60e (id) | St. Mary's Bank Checkbook Account # 0080043481 |
| 60f (id) | St. Mary's Bank Transaction Receipt |
| 60g (id) | St. Mary's Bank Summary of Accounts – March 24, 2010 |
| 60h (id) | St. Mary's Bank – Beyond Rewards Checking Account – April 26, 2010 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 60i (id) | Primerica Year to Date Statement – January 1, 2009 – December 31, 2009 |
| 60j (id) ~~8bu~~ | Gucci Receipts |
| 60k (id) | Quitclaim Deed – 366 Arah Street, Manchester, New Hampshire |
| 60l (id) | AT&T Receipt for Mark Haskell |
| 60m (id) | AT&T Bill for Mark Haskell – March 6, 2010 |
| 60n (id) | AT&T Receipt for Alison Ouellette |
| 60o (id) *60p F6 8/24* | AT&T Bill for Alison Ouellette *Glass Jar Containg money bands* |
| 60q-1 (id) | St. Mary's Bank Passbook – Alkis Nakos |
| 60q-2 (id) | St. Mary's Bank Passbook Savings – Theodora Nakos or Demetrios Stamoulis |

Dated: August 17, 2015.

Respectfully submitted,

DONALD FEITH
Acting United States Attorney

By:   /s/ Terry L. Ollila
      Terry L. Ollila,
      Assistant U.S. Attorney
      Bar No. 560603
      United States Attorney's Office
      53 Pleasant Street
      Concord, NH 03301
      (603) 225-1552
      Terry.Ollila@usdoj.gov

35

## CERTIFICATE OF SERVICE

I hereby certify that the United States' Motion was served on the following persons on this date and in the manner specified herein: Electronically Served Through ECF: Robert Sheketoff, Esquire.

/s/ Terry L. Ollila
Terry L. Ollila
Assistant United States Attorney

36