**UNITED STATES DISTRICT COURT**   U.S. DISTRICT COURT
**DISTRICT OF NEW HAMPSHIRE** DISTRICT OF NEW HAMPSHIRE

AUG 25 2015

_USA_

_Alkis_ v. _Nakos_

Case # 14-cr-93-01-Lm

**EXHIBITS**

**OFFERED BY:**

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 ~~IC~~ 8k1 | Audio tape re Nicholas Champagne |
| 2 | Letter re: Nicholas Champagne |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

USDCNH-25 (2-96)