8/25/15
@ 2:35
Question 1

Can we have the definition of "organizer" "supervisor" and "manager"

——/ /s/ Foreperson

8/25/15

These three words are to be given their usual and ordinary meanings. The government is not required to prove that the defendant acted as all three. It is sufficient if the government proves beyond a reasonable doubt that the defendant acted as an organizer, supervisor or manager. Refer to my instructions at pp. 22 and 27.

— Judge McCafferty
3:06 pm
Aug. 25, 2015