

**UNITED STATES PROBATION & PRETRIAL SERVICES**
**District of New Hampshire**

# MEMORANDUM

| | |
|---|---|
| DATE | November 18, 2015 |
| TO: | Landya B. McCafferty<br>U.S. District Judge |
| FROM: | Sean P. Buckley<br>U.S. Probation Officer<br>Sentencing Guidelines Specialist |
| RE: | Alkis Nakos (14-CR-00093-01-LM) |

<u>Partially Assented to Motion to Continue</u>

On August 26, 2015, the defendant, Alkis Nakos, was convicted of Continuing Criminal Enterprise, in violation of 21 U.S.C. § 848(a), and Conspiracy to Distribute, and Possess with Intent to Distribute Controlled Substances, in violation of 21 U.C.S. §§ 846, 841(a)(1), and 841(b)(1)(A)(vii).  The Court ordered a presentence investigation and scheduled the sentencing hearing for December 18, 2015.  In preparation for the presentence investigation report, the probation officer travelled to Cheshire County (NH) Department of Corrections with defense counsel on two occasions in order to conduct an interview the defendant, that being on September 28, 2015 and October 16, 2015.  On both occasions the defendant was not prepared to participate in the interview.   His participation is anticipated and another interview has been scheduled for November 19, 2015. In order to enable verification of the defendant's personal history and to present a thorough presentence investigation report, the probation officer respectfully requests a 60-day continuance of the sentencing hearing.  This motion has been verbally assented to by counsel for the government.  While counsel for the defendant is amenable to a continuance, his client has instructed him not to file a continuance on his behalf.  It is believed that the defendant will not be prejudiced by the relief sought in this motion in light of the fact that he faces a mandatory minimum of twenty years in this case.

Reviewed by:

<u>/s/Jodi L. Gauvin</u>              11/18/2015
Jodi Gauvin                 Date
Supervising U.S. Probation Officer


cc:    Terry Ollila, Esq.
        Robert Sheketoff, Esq.