UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  14-93-01-LM |
| | ) | |
| | ) | |
| ALKIS NAKOS | ) | |

**MOTION TO WITHDRAW**

Now comes counsel for the defendant Alkis Nakos and respectfully moves this Honorable Court to permit them to withdraw.  In support thereof counsel says that the defendant has informed Robert Sheketoff that he should withdraw.  Robert Sheketoff further says that he believes that the attorney client relationship has completely broken down and that the defendant should have counsel that he trusts.

Respectfully submitted,
By his attorneys,

/s/ Jeffrey Karp
Jeffrey Karp
NH Bar #16940
P.O. Box 39
54 State Street, 2nd Floor
Newburyport, MA 01950
(978) 225-8363

/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617) 367-3449

CERTIFICATE OF SERVICE

I, Robert Sheketoff, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants and that a paper copy of

this motion has been sent by first class mail, postage prepaid to Alkis Nakos, Cheshire County D.O.C., 825 Marlboro Road, Keene, NH 03431, this 20th day of November, 2015.

/s/ Robert Sheketoff
Robert Sheketoff