UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>ALKIS NAKOS                                 ) | No. 1:14-cr-93-01-LM |

NOTICE OF SUBSTITUTE COUNSEL

Enter my appearance as replacement counsel for the United States in the above-entitled case.

Respectfully submitted,

/s/ Donald Feith
DONALD FEITH
Acting United States Attorney
New Hampshire Bar # 783
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
Donald.Feith@usdoj.gov

Date: November 23, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Substitute Counsel was served electronically through ECF on Robert Sheketoff, Esquire, One McKinley Square, Boston, Massachusetts, 02109, on November 23, 2015.

/s/ Donald Feith
Donald Feith
Acting United States Attorney