UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  14-93-01-LM |
| ) | |
| ) | |
| ALKIS NAKOS ) | |

**ADDENDUM TO DEFENDANT'S MOTION TO WITHDRAW**

Pursuant to Local Rule 7.1 the defendant states that the government has informed the defendant's counsel that it has no objection to the defendant's counsel's motion to withdraw.

Respectfully submitted,
By his attorneys,

/s/ Jeffrey Karp
Jeffrey Karp
NH Bar #16940
P.O. Box 39
54 State Street, 2nd Floor
Newburyport, MA 01950
(978) 225-8363

/s/ Robert Sheketoff
Robert Sheketoff
Mass. BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449

**CERTIFICATE OF SERVICE**

I, Robert Sheketoff, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants and that a paper copy of this addendum has been sent by first class mail, postage prepaid to Alkis Nakos, Cheshire County D.O.C., 825 Marlboro Road, Keene, NH 03431, this date, 11/25/15.

/s/ Robert Sheketoff
Robert Sheketoff