# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.               )<br>)<br>ALKIS NAKOS       )<br>) | Case No. 1:14-cr-00093-LM |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Alkis Nakos.

Date:  December 15, 2015                /s/   Charles J. Keefe_____
**Signature**

  Charles J. Keefe                      14029__
**Print Name**                                **Bar Number**

  184 Main Street, Suite 222_____
**Address**

  Nashua, New Hampshire 03060_____
**City/State**                            **Zip Code**

  (603) 595-0007       keefe@wbdklaw.com
**Phone Number**            **Email Address**

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF: Terry Ollila, AUSA; Robert L. Sheketoff, Esq., and all counsel of record for all co-defendants.

Date:  December 15, 2015                /s/   Charles J. Keefe_____
**Signature**

```
ERROR: undefined
OFFENDING COMMAND:

STACK:
```