UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                                           Case No. 1:14-cr-00093-LM

Alkis Nakos

## ASSENTED-TO MOTION TO CONTINUE

NOW COMES the Defendant, Alkis Nakos, by and through counsel, and moves this Honorable Court to continue the Sentencing Hearing in this matter for a period of 90 days, as the Court's docket permits. In support of this, the Defendant states as follows:

1. The Defendant is scheduled to appear before this Honorable Court for sentencing on February 19, 2016, at 2:00 p.m.

2. Defense counsel entered his Appearance on behalf of the Defendant on December 15, 2016, and did not represent the Defendant at trial.

3. Defense counsel is in the process of reviewing trial counsel's file which is substantial (eight bankers' boxes), and counsel wishes to obtain a transcript of the trial so that he can be properly prepared for the sentencing hearing.

4. Additionally, the Defendant has not yet participated in a PSR interview with U.S. Probation. Defense counsel and Probation have recently scheduled the PSR interview to occur on February 1, 2016, at 1:00 p.m.

5. AUSA Donald Feith has been contacted and assents to this continuance request.

WHEREFORE, the Defendant requests that this Honorable Court:

A. To continue the Sentencing Hearing for a period of 90 days, as the Court's docket permits;

B. For such other relief the Court deems equitable and just.

Respectfully submitted,

Alkis Nakos
By his attorneys,

WILSON, BUSH, DURKIN & KEEFE

Dated: January 20, 2016              /s/  Charles J. Keefe_____
                                     Charles J. Keefe
                                     184 Main Street, Suite 222
                                     Nashua, New Hampshire 03060
                                     (603) 595-0007
                                     NH Bar No.: 14209
                                     Email: keefe@wbdklaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Assented-Motion to Continue was this date forwarded to Donald Feith, Esquire, Assistant U.S. Attorney.

Dated: January 20, 2016              /s/  Charles J. Keefe_____
                                     Charles J. Keefe