```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE


   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
                                          *
   UNITED STATES OF AMERICA               *
                                          *   14-cr-93-01-LM
                    v.                    *   August 26, 2015
                                          *   9:00 a.m.
   ALKIS NAKOS                            *
                                          *
   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

                            Day No. 7
                     TRANSCRIPT OF JURY VERDICT
            BEFORE THE HONORABLE LANDYA B. MCCAFFERTY
                            and a jury


Appearances:

For the Government:     Terry L. Ollila, AUSA
                        U.S. Attorney's Office
                        53 Pleasant Street
                        Concord, NH 03301


For the Defendant:      Robert L. Sheketoff, Esq.
                        Law Office of Robert L. Sheketoff
                        One McKinley Square
                        Boston, MA 02109


For Probation:          Sean Buckley

Court Reporter:         Diane M. Churas, LCR, CRR
                        Official Court Reporter (ret.)
                        Dianechuras@hotmail.com

1              (Jury began deliberations at 9:00 a.m.)

2              (Jury verdict at 10:05 a.m.)

3              THE CLERK:  Will the defendant please stand

4     and face the jury.  Will the foreperson please rise.

5     Forepersons and members of the jury, the Court

6     understands that the jury has reached a verdict.

7              FOREPERSON:  We have.

8              THE CLERK:  Will the court security officer

9     please pass the jury verdict to me.

10             (Pause.)

11             THE COURT:  Mr. Foreperson, is the jury

12    verdict unanimous?

13             FOREPERSON:  Yes, it is, your Honor.

14             THE CLERK:  In the matter of United States of

15    America versus Alkis Nakos, Criminal Case

16    14-cr-93-01-LM, we, the jury, return the following

17    verdicts.

18             As to Count 2, which charged the defendant

19    with conspiracy to distribute and to possess with intent

20    to distribute marijuana and MDMA, we find the defendant

21    guilty.

22             We find that the weight of the marijuana that

23    the conspirators agreed to distribute or possess with

24    intent to distribute was 1,000 kilograms or more.

25             We find that the weight of marijuana the

1   defendant reasonably foresaw as being involved in the

2   conspiracy was 1,000 kilograms or more.

3           As to Count 1, which charges the defendant

4   with engaging in a continuing criminal enterprise, we

5   find the defendant guilty.

6           Signed by the foreperson, 8/26/2015.

7           So say you all, members of the jury?

8           THE JURY:  We do.

9           THE COURT:  Would you like to poll the jury?

10          MR. SHEKETOFF:  No.  As long as you're asking,

11  sure.

12          THE COURT:  All right.  Go ahead.

13          THE CLERK:  Foreperson and the members of the

14  jury, you have heard the verdict as the Court has

15  recorded it.  Juror No. 1, is that your verdict?

16          THE JUROR:  I do.

17          THE CLERK:  Juror No. 2, is that your verdict?

18          THE JUROR:  Yes.

19          THE CLERK:  Juror No. 3, is that your verdict?

20          THE JUROR:  Yes.

21          THE CLERK:  Juror No. 4?

22          THE JUROR:  It is.

23          THE CLERK:  Juror No. 5?

24          THE JUROR:  It is.

25          THE CLERK:  Juror No. 6?

```
 1              THE JUROR:  Yes.

 2              THE CLERK:  Juror No. 7?

 3              THE JUROR:  Yes.

 4              THE CLERK:  Juror No. 8?

 5              THE JUROR:  Yes.

 6              THE CLERK:  Juror No. 9?

 7              THE JUROR:  Yes.

 8              THE CLERK:  Juror No. 10?

 9              THE JUROR:  Yes.

10              THE CLERK:  Juror No. 11?

11              THE JUROR:  I do.

12              (Pause.)

13              THE JUROR:  I think the numbers got changed.

14              THE CLERK:  Okay.  Sorry.

15              THE COURT:  All right.  Let the record reflect

16  each individual in the jury box has answered the

17  question, is this your verdict, with a yes, and one of

18  you said "I do."  Let me just ask you, are you -- was

19  your verdict -- is that your verdict, sir?

20              (Last juror.)

21              THE JUROR:  Yes.

22              THE COURT:  Okay.  The jury has now been

23  polled.  And let me thank you on behalf of everyone here

24  for your service to this case and for your service to

25  the state of New Hampshire and to the country.  You are
```

1    now discharged.  I will come in just to thank you

2    personally and say good-bye in a moment.  So if you

3    could just wait for a moment for me to come in and then

4    formally release you.

5                    (Jury left courtroom.)

6                         BEFORE THE COURT

7              THE COURT:  All right.  A date has been set

8    for sentencing in this case.  It is December 18 at

9    10 a.m.  Is there anything further I need to accomplish

10   with respect to Mr. Nakos today.  Mr. Sheketoff?

11             MR. SHEKETOFF:  No, your Honor.

12             THE COURT:  Attorney Ollila?

13             MS. OLLILA:  Not from the United States.

14   Thank you.

15             THE COURT:  All right.  Court is adjourned.

16             (Adjourned at 10:15 a.m.)

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3            I, Diane M. Churas, do hereby certify that the

4     foregoing transcript is a true and accurate

5     transcription of the within proceedings, to the best of

6     my knowledge, skill, ability and belief.

7

8

9     Submitted: 4/14/16

      _____
10    **DIANE M. CHURAS, LCR, CM**                    )
      LICENSED COURT REPORTER, NO. 16
11    STATE OF NEW HAMPSHIRE

12

13

14

15

16

17

18

19

20

21

22

23

24

25