UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                               Case No. 1:14-cr-00093-LM

Alkis Nakos

## ASSENTED-TO MOTION TO CONTINUE

NOW COMES the Defendant, Alkis Nakos, by and through counsel, and moves this Honorable Court to continue the Sentencing Hearing in this matter for a period of two weeks, as the Court's docket permits. In support of this, the Defendant states as follows:

    1.     The Defendant is scheduled to appear before this Honorable Court for sentencing on May 26, 2016, at 2:00 p.m.

    2.     The Defendant's daughter has recently had two surgeries to put a stint in her heart, and she is scheduled to have another surgery in the coming week at the Dartmouth-Hitchcock Medical Center in Lebanon, New Hampshire.

    3.     In further support of this continuance request, counsel for the Defendant submits that he has recently received the trial transcript and needs additional time to review it prior to filing a sentencing memorandum and prior to the sentencing hearing being conducted.

    4.     AUSA Donald Feith has been contacted and assents to this continuance request.

WHEREFORE, the Defendant requests that this Honorable Court:

    A.     To continue the Sentencing Hearing for a period of two weeks, as the Court's docket permits;

    B.     For such other relief the Court deems equitable and just.

                                                  Respectfully submitted,

                                                  Alkis Nakos
                                                  By his attorneys,

                                                  WILSON, BUSH, DURKIN & KEEFE

Dated:  May 16, 2016                            /s/   Charles J. Keefe_____
                                                  Charles J. Keefe
                                                  378 Main Street
                                                  Nashua, New Hampshire 03060
                                                  (603) 595-0007
                                                  NH Bar No.:  14209
                                                  Email:  keefe@wbdklaw.com


                                             CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Assented-Motion to Continue was this date forwarded to Donald Feith, Esquire, Assistant U.S. Attorney.


Dated:  May 16, 2016                            /s/  Charles J. Keefe_____
                                                  Charles J. Keefe