UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
                                                              )
UNITED STATES OF AMERICA          )
                                                              )   Cr. No. 14-CR-0093-01-LM
v.                                                          )
                                                              )
ALKIS NAKOS                                    )
_____)

**MOTION TO AMEND SENTENCING MEMORANDUM**

NOW COMES, the Defendant, Alkis Nakos, by and through counsel, and moves this Honorable Court to allow the Defendant to amend his Sentencing Memorandum. In support of this, the Defendant states as follows:

1. On May 31, 2016, the Defendant filed a Sentencing Memorandum and Motion for *Booker* Variance.

2. In the Defendant's introductory paragraph, he requested that the Court impose a sentence of one hundred and 20 years (240 months). This is inaccurate. The language stating "one hundred and" was included by accident, misfortune, or mistake. The sentence should read that the Defendant requests that "the Court impose a sentence of 20 years (240 months)…".

WHEREFORE, the Defendant prays for the following relief:

A. For the Court to allow the Defendant to amend his Sentencing Memorandum as set forth in Paragraph 2 of this Motion; and

B. For such other relief the Court deems equitable and just.

Respectfully submitted,

Alkis Nakos
By and through his counsel,

Dated:  June 2, 2016                              /s/ Charles J. Keefe_____
Charles J. Keefe
Wilson, Bush, Durkin & Keefe, P.C.
378 Main Street
Nashua, New Hampshire 03060
(603) 595-0007
N.H. Bar No.:   14209
keefe@wbdklaw.com

CERTIFICATE OF SERVICE

I, Charles J. Keefe, hereby certify that on June 2, 2016, true copies of the above document were delivered via ECF to AUSA Donald Feith, as well as the United States Probation Office.

 /s/ Charles J. Keefe /s/_____
Charles J. Keefe