May 27, 2016

Re: Alkis Nakos

I am mortgage loan officer in Southern New Hampshire. I am a husband as well as a father of three amazing children. I have known and have been a close personal friend with Alkis for over 10 years. Alkis always has a wonderful and positive attitude. Alkis is very intelligent, thoughtful and always a pleasure to be around. Our families have known each other for many years and are proud to be a part of Alki's life and consider him a true friend.

It is my hope that the court can show the utmost leniency for Alkis and his family. His beautiful daughter Athena deserves to be with her father as well as her mother Kaylee. Athena's struggle with Leukemia (not to mention how difficult it has been on her mother Kaylee without Alkis) is more than any child on this earth should have to endure. Athena should be able to feel the love and safety of her father on a daily basis. She should have both Alkis and Kaylee, her mother and father, there to meet her needs emotionally, physically and financially. Something she is not getting at this time due to the circumstances surrounding Alkis.

It is my sincere hope that Alkis will be allowed to return to his family as soon as possible. The time he has already served incarcerated has been both severe and damaging for both him and his family. To be able to care for his sick daughter and to be the man and father that we all know he is and will be is extremely important to him. He must be given the chance to provide and be there for his family in all ways and show his true character, his wonderful and giving personality and mild nature as soon as the courts can allow.

I believe that Alkis has learned from everything that has gone on around him and there is no doubt in my mind he will conduct himself as a very positive person and as an amazing father and family man. Given the chance to prove who he really is and to be there for his daughter Athena and Kaylee will be the best thing for him and their family. The best way in our society to live a positive life is to have something to live for, to have a reason to be, to be allowed to work, provide and achieve. Being incarcerated will do none of that for Alkis. It will only take away everything a person lives for and wants in his life. I truly hope the courts will show and grant leniency for Alkis and his family and allow them to be together they way a family should be.

Please feel free to contact me anytime regarding Alkis.

Sincerely,

Jeff Pollock
233 Hazelton Court
Manchester, NH 03103
603-608-6372

To Whom it may Concern

My Name is Mark Greenwood I'm writing this letter for a good friend Alky Nakas. I work for the state at UDC Alky is a great person. I never seen him do anything wrong he does a lot for his family he works hard Alky is loyal and honest to me as a friend.

any thing you need more from me My Number 603-262-0934

I met Alkis shortly after he moved into the neighborhood (I think I helped him with his lawnmower) but he has always been respectful to the people in the neighborhood and nice to talk to I think I have helped him a few times now with a snowblower or motorcycle he had and he always been appreciative and thankful for the help.

*Paul Conant*
5/31/16

Peter & Linda Dupont
380 Arah Street
Manchester, NH 03104

May 31, 2016

To Whom It May Concern:

Hello. We are writing on behalf of Alky Nakos who has been a neighbor of ours close to 10 years. To us, Alky was a quiet, hardworking family man who was pleasant to talk to and willing to lend a hand if needed.

Two years ago, when we learned of Alky's arrest and incarceration, we were very shocked and saddened, and as the past two years have unfolded, we understand that he has been convicted of a crime and stands to serve multiple years in prison. We have also heard that there is no evidence to support Alky's conviction so we are asking, has justice prevailed? While we believe that justice should be served where crimes are committed, we also believe in justice for both the innocent and/or the guilty.

Shortly after Alky's arrest, his girlfriend, Kalee, gave birth to their daughter Athena. At approx. 9 months of age, Athena was diagnosed with leukemia and has been undergoing treatment ever since. It has been hard watching the struggles Kalee has had to endure on her own. And it has been heartbreaking knowing that Alky cannot be a part of his little girl's life, especially during this critical time in her life. While we are not playing on Athena's illness, we are asking that consideration be given to Alky when deciding his sentence.

We ask that you consider where Alky is today from where he was two years ago, and that you would also consider the state of his baby girl. We know how much Alky loves his family and longs to be with them, especially during this critical time with Athena. So we are asking that somehow you would find Grace when passing sentence and that you would find leniency for Alky that he would be able to return home soon to help in the care of his daughter and for another chance at life for him and his family.

We thank you for your consideration of our request.

Sincerely,

*[signature: Linda Dupont]*   *[signature: Peter Dupont]*

In regards to Alkis Nakos,

Also known as Alky. I would like to share how much of a wonderful man he is. I've known Alky for a few years through his and my cousin KaLee Couture's relationship.

KaLee and I have a very family oriented family so I have gotten to know him well on many cookouts and canoeing adventures. He has always seemed like a very well rounded individual, with a great job and supportive to all he meet.

He is very caring and kind and has been wonderful to my cousin. His family is also extremely nice. His daughter could really use him in her life growing up, especially right now while she fights cancer. She is a strong little lady and a fighter like Alky, but having him home would make a world of difference.

I've witnessed him with KaLee's son Steven and he was amazing. Very patient and kind hearted. We all pray for Alky to be reunited with his family.

Thank You

Linda Lambert

To Whom it May Concern,

I have known Alky for about 5 years and have thought of him as family. He and my Niece have been together and have come to visit and he was always very good to her and her son Steven. He joined in on family get activities and always treated everyone very good. When we dropped in unexpected to see them, he always greeted us and made us feel very welcome to his home. Since meeting him, Kalee and he has had a beautiful little girl who has developed a very bad cancer. I feel terrible that this poor little girl is turning 2 and has not even felt her Dad's arms around her. I don't believe that Alky would knowingly put himself in a position to not be able to hold his child and believe him to be a good man and Dad.

Jean Vachon

To Whom it may concern,

My name is Tricia Randlett. I have known Alky for almost 7 yrs now. I had met him through my now brother in law Glen Lamper. Glen along with my sister Cheryl and many friends are close with Alky Nakos. Glen and Alky go back almost 25 yrs. When I first met him, I thought wow what a nice guy. I have heard stories as to how much he has helped his family and friends. No matter what the cause or even time of day. You can always count on him. That says a lot of someone's character. As I got to know him better I saw what a great, kind, caring, and very generous human being he was and still is. It became quite clear to me why he was so well like and admired by everyone in his life. He was so great to all the kids around. He and I became great friends rather quickly and communicated for almost 2 years on a daily basis. He would always listen and give great advice and most importantly make me laugh. He is very passionate about his family and friends. I cannot stress that enough. Forward a few years to his beautiful most amazing, inspiring daughter being born. He truly loves her. I always knew he would be an incredible dad. Athena needs her dad that goes without saying. Alky is a good person, citizen, human being, son, brother, uncle, friend and father.

Kindly,

Tricia Randlett

#603-393-5464

email-triciahubb@yahoo.com

To whom it may concern,

I've known Alky Nakos for 5 years as he has been with my daughter.

He has been wonderful to both Kalee and her son Steven. They have all come to visit us and spend the weekend up here in Vermont, at which time they stay at my house and do family functions and do not go off by themselves or alone.

Alky has been a great role model for my grandson and Steven thinks the world of him. Athena is missing out on being with her Daddy as she has not been able to be with him since she was born. She knows who her Daddy is through computer but she has not been able to touch him, she loves him very much and would love to be able to feel his arms around her as the poor little girl is sick and is fighting a great battle. I also know that Steven and Kalee both miss him very much. We all miss him.


Vickie and Donald Couture

To whom concern, We've know Kaylee all her life. Kaylee has asked us to write a letter about our experiences with Alky. Alky has been extremely nice to Kalee. Alky has shown her much love and compassion. Anytime they were seen together, they looked happy in love and were becoming a family. Alky, always been pleasant and curdeasous to our Family. We saw a change in Kalee son Steven. Steven was more respectful to others, because of Akly disapline.

We feel that Alky has treated Kalee and her family with much respect and love that could last a lifetime.

Sincerely,

Stacey Lambert

June 7, 2016

To whom it may concern

I'm writing this letter to show support for a long time friend Alky Nakos I've known him for many years he is a devoted father, son, he is a positive type of person loves his family & friends to no end, His daughter Athena is battling with Leukemia it would be nice to see him by her side instead of a prison sentence. financially and emotionally he shoud be by his daughter side. He is nothing but an honest, sincere friendship I've know his Dad and family for many years

Sincerely, Patricia Cash
122 Edmond Street
Manchester N.H. 03102

To whom it may concern

I'm writing this letter in support of Alky Nakos. I am 59 years old, and have known Alky for almost his whole life. He is a good man. He always has been fair and honest to me. He is a great father, son and friend. His daughter is ill and she needs her father. I have never known Alky to be anything but a genuine honest person. I have been a Kony's customer for 40 yrs!

Mark McKeon
809 Straw Rd.
Manchester N.H.

To whom it May Concern.

My Name is Marcel Blancheor and have Known The Nakos family for some time now. I Met Alky's father in the early 80's and have been friends ever since, on Many Occasions I have had the pleasure to spent time with Alky, Kayla, Konny as well as other family members.

Alky and Kayla are family oriented people and Athena who is fighting Leukemia, Alky and Kayla are devoted parents who whould travel the world over for a Cure to this debilitating disease.

Athena need the support of Both her parents at this time of need. There is no positive out come by Keeping Alky incarserated.

Please hear and act on the plea of Alky and Kayla Nakos and thier family, friends, and all those who Can

Marcel J Blancheor.

603-315-9169.