UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:14-cr-93-01-LM |
| ) | |
| ALKIS NAKOS ) | |

**ASSENTED –TO MOTION TO CONTINUE SENTENCING**

The United States of America, by Emily Gray Rice, United States Attorney for the District of New Hampshire, hereby moves the Court to continue the July 29, 2016 sentencing hearing in this case to the first available date on or after August 1, 2016. In support of this motion the United States avers:

The undersigned counsel has a long-standing obligation for a family event on July 29, 2016 which cannot be re-scheduled. The United States sought defense counsel's assent to re-schedule the sentencing hearing to July 27 or July 28, 2016, but defense counsel was not available on either of those dates. Counsel for the defendant assents to the relief requested.

Accordingly, the United States respectfully requests that the sentencing hearing scheduled for July 29, 2016 be continued to the first date and time available to the court to hold the hearing on or after August 1, 2016.

Respectfully submitted,

EMILY GRAY RICE
United States Attorney

/s/ Donald Feith
Donald Feith
First Assistant U.S. Attorney
New Hampshire Bar # 783
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
Donald.Feith@usdoj.gov

## **CERTIFICATION**

I certify that a copy of this objection has been served electronically, through ECF, on Charles Keefe, Esquire, Wilson, Bush, Durkin & Keefe, 184 Main Street, Suite 222, Nashua, New Hampshire, 03060, counsel for the defendant, on July 22, 2016.

/s/ Donald Feith
Donald Feith