**Stacey Denis**
___

**Subject:** FW: Alky Nakis - Great Dad

**From:** Guyleane Theriault <gtheriault32@yahoo.com>
**Date:** July 6, 2016 at 11:34:36 PM EDT
**To:** kaleecouture1@gmail.com
**Subject: Alky Nakis - Great Dad**

On Jul 4, 2016, at 8:31 PM, Guyleane Theriault <gtheriault32@me.com> wrote:

July 4th, 2016

The Whom it may Concern:

I have met Alky through my niece Kalee. I have seen him personally a few times at family events. One of which was the baby shower for Kalee, when she was pregnant with their child, Athena.

I can write of his good character because of these occasions, Kalee son Steven, and through their face time visits.

Kalee herself has shone a great love for Alky and had found joy in him, that I have never seen. She was overjoyed to be having his child, Athena and has consistently told us of her love for him and how he has been to her.

I have seen Alky be a loving father to his daughter (via face time) and to Steven, kalee son (now age 9) through family occasions and face time.

Prior to the birth of Alky's daughter, he was being a loving and nurturing dad to Steven. I saw this in the joy that Steven showed when Alky was with him and Kalee.

And now through face timing, both Athena and Steven look forward to seeing Alky. Their expressions speak many words of Alky's father qualities.

Having seen this, I felt it was important that I share this with you.

Sincerely,

Guyleane Theriault