# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America, | ) |
|   | ) |
| Plaintiff | ) |
|   | ) |
| v. | ) |
|   | )  Case No. 14-CR-00093-1-LM |
| Alkis Nakos, | ) |
|   | ) |
| Defendant | ) |
|   | ) |

## NOTICE OF APPEAL

     Notice is hereby given that the Defendant, Alkis Nakos, by and through counsel, Wilson, Bush & Keefe, the Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from two orders entered in this action on April 3, 2015, regarding the Defendant's Motion to Suppress Search of Person and Car and the Defendant's Motion to Suppress Search of House and Request for *Franks* Hearing.

Date:  August 22, 2016        /s/Charles J. Keefe_____
                                                    Charles J. Keefe, Esq.
                                                    Attorney for Alkis Nakos
                                                    Wilson, Bush & Keefe, P.C.
                                                    378 Main Street
                                                    Nashua, NH 03060
                                                    (603) 595-0007
                                                    N.H. Bar No.:  14209
                                                    keefe@wbdklaw.com