UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. D.C.# Criminal No. 14-cr-93-01-LM                                      C.C.A.#

2. TITLE OF CASE:   United State of America v. Alkis Nakos

3. NAME OF COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

4. NAME OF COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF JUDGE: Landya B. McCafferty, United States District Judge

6. COURT REPORTER(S) & DATES:
   Sandra Bailey, 6/30/14, Preliminary Hrg.   **(On File)**
   Susan Bateman, 2/13/15 Status Conference
   Sandra Bailey, 4/3/15, Motion to Suppress Hrg   **(Excerpt Trooper Stefan Czyzowski)**
   Sandra Bailey/Diane Churas, 8/18/16 Jury Trial – Day 1
   Susan Bateman/Sandra Bailey, 8/19/16 Jury Trial – Day 2 **(On File)**
   Sandra Bailey/Diane Churas, 8/20/16 Jury Trial – Day 3 **(On File)**
   Susan Bateman/Diane Churas, 8/21/16 Jury Trial – Day 4 **(On File)**
   Diane Churas/Susan Bateman, 8/24/15 Jury Trial – Day 5 **(On File)**
   Susan Bateman, 8/25/15, In Chambers Conference **(On File)**
   Diane Churas, 8/25/16, Jury Trial – Day 6 **(On File)**
   Diane Churas, 8/26/16, Jury Trial – Day 7 **(On File)**
   Susan Bateman, 6/8/16, Telephone Conference
   Sandra Bailey, 8/10/16, Sentencing

   TRANSCRIPTS ORDERED / ON FILE            YES – **See Above**

7.  HEARING / TRIAL EXHIBITS              YES

8.  COURT-APPOINTED COUNSEL               NO

9.  FEE PAID                              YES

10. IN FORMA PAUPERIS                     NO

11. MOTIONS PENDING                       NO

12. GUIDELINES CASE                       NO

13. RELATED CASES ON APPEAL               NO

C.C.A. # (IF AVAILABLE):