UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.      Criminal No. 14-cr-93-01-LM

<u>Alkis Nakos</u>

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Kellie Otis, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the abbreviated record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED:   70, 71, 90, 4/3/15 Oral Order, 260, 261, and 262

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.
    Certain bulky, weighty, and/or physical exhibits will not be mailed absent specific request from the Circuit.

    The Presentence Investigation Report is also forwarded under seal.

    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, August 22, 2016

**FCPKGN'L0N[ PEJ**, Clerk

**By: /s/ Kellie Otis, Deputy Clerk**

**Aug 23, 2016**

cc:    Charles J. Keefe, Esq.
        Donald A. Feith, Esq.