Alkis Nakos
Keene, NH 03431

United States District Court
For the
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2016 SEP -1 A 10:54

United States of America
    Plaintiff             Case No. 14-CR-00093-1-LM
    vs.                  Notice of Appeal
Alkis Nakos
    Defendant

Comes now the Defendant, Alkis Nakos, Pro Se, and hereby gives notice of appeal from the judgment and sentence imposed by this court on August 10, 2016.

Respectfully submitted this 29th day of August, 2016

                               Alkis Nakos

cc: Charles J Keefe, Esq.
    Donald A Feith, Esq.

2016 SEP -1 A 10: 24