UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. D.C.# Criminal No. 14-cr-93-01-LM                                                    C.C.A.#

2. TITLE OF CASE:  United State of America v. Alkis Nakos

3. NAME OF COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

4. NAME OF COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF JUDGE: Landya B. McCafferty, United States District Judge

6. COURT REPORTER(S) & DATES:
   Sandra Bailey, 6/30/14, Preliminary Hrg.   (On File)
   Susan Bateman, 2/13/15 Status Conference
   Sandra Bailey, 4/3/15, Motion to Suppress Hrg   (ExcerptTrooper Stefan Czyzowski)
   Sandra Bailey/Diane Churas, 8/18/16 Jury Trial –Day 1
   Susan Bateman/Sandra Bailey, 8/19/16 Jury Trial –Day 2(On File)
   Sandra Bailey/Diane Churas, 8/20/16 Jury Trial –Day 3 (On File)
   Susan Bateman/Diane Churas, 8/21/16 Jury Trial –Day 4(On File)
   Diane Churas/Susan Bateman, 8/24/15 JuryTrial –Day 5 (On File)
   Susan Bateman, 8/25/15, In Chambers Conference (On File)
   Diane Churas, 8/25/16, Jury Trial –Day 6(On File)
   Diane Churas, 8/26/16, Jury Trial –Day 7(On File)
   Susan Bateman, 6/8/16, Telephone Conference
   Sandra Bailey, 8/10/16, Sentencing

   TRANSCRIPTS ORDERED / ON FILE          YES – See Above

7. HEARING / TRIAL EXHIBITS                YES

8. COURT-APPOINTED COUNSEL                 NO

9. FEE PAID                                NO

10. IN FORMA PAUPERIS                      NO

11. MOTIONS PENDING                        NO

12. GUIDELINES CASE                        NO

13. RELATED CASES ON APPEAL                YES (First Circuit 16-2091)

    C.C.A. # (IF AVAILABLE):

    DATE OF LAST N OF A:            August 22, 2016