UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                               Criminal No. 14-cr-93-01-LM

<u>Alkis Nakos</u>

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

     I, Donna Esposito, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the abbreviated record on appeal to the First Circuit Court of Appeals:

     DOCUMENTS NUMBERED:   259, 263, 264, 265

     The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

     Trial exhibits will be mailed to the First Circuit Clerk's Office. Certain bulky, weighty, and/or physical exhibits will not be mailed absent specific request from the Circuit.

                                           IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, September 1, 2016

                                           **FCP KGN'L0N[ PEJ , Clerk**

                                           **By: /s/ Donna Esposito, Deputy Clerk**

                                           **Sep 01, 2016**

cc:     Alkis Nakos, pro se
        Charles J. Keefe, Esq.
        Donald A. Feith, Esq.