# Appeal Documents

1:14-cr-00093-LM USA v. Nakos et al

APPEAL,PRIOR

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2016 SEP 19 P 12: 04

U.S. District Court

District of New Hampshire

## Notice of Electronic Filing

The following transaction was entered on 9/1/2016 at 4:38 PM EDT and filed on 9/1/2016
**Case Name:**     USA v. Nakos et al
**Case Number:**   1:14-cr-00093-LM
**Filer:**         Dft No. 1 - Alkis Nakos
**Document Number:** 263

**Docket Text:**
NOTICE OF APPEAL by Alkis Nakos re [259] Judgment. File-stamped copy to be sent to parties/USCA by Clerks Office.

**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel and pro se parties should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** (de)


**1:14-cr-00093-LM-1 Notice has been electronically mailed to:**

Andrew Scott Winters    andrew@cohenwinters.com, laura@cohenwinters.com

Benjamin L. Falkner    bfalkner@kkf-attorneys.com, bchaput@kkf-attorneys.com

Charles J. Keefe    keefe@wbdklaw.com, hackney@wbdklaw.com

Donald A. Feith    donald.feith@usdoj.gov, CaseView.ECF@usdoj.gov, pamela.maffee@usdoj.gov, Rob.Rabuck@usdoj.gov, USANH.ECFCriminal@usdoj.gov, USANH.ECFDocket@usdoj.gov

Howard A. Roever    howardr@roever-law.com, michelle@roever-law.com

James D. Gleason (Terminated)    jim@gleasonlawpllc.com, cindy@gleasonlawpllc.com

Jaye Rancourt    jrancourt@bcllaw.com

John T. Pendleton     jpendleton@granitestatelawyers.com, spalmeter@granitestatelawyers.com

Liam D. Scully     liamdscully@aol.com

Michael T. McCormack     Michael.McCormack2@usdoj.gov, CaseView.ECF@usdoj.gov, faye.guilmette@usdoj.gov, Joanie.Hederman@usdoj.gov, USANH.ECFCivil@usdoj.gov

Michael J. Iacopino     miacopino@bclilaw.com, cmunroe@bclilaw.com

Terry L. Ollila (Terminated)     terry.ollila@usdoj.gov, CaseView.ECF@usdoj.gov, diane.cullen@usdoj.gov, faye.guilmette@usdoj.gov, francine.conrad@usdoj.gov, judy.prindiville@usdoj.gov, rob.rabuck@usdoj.gov, USANH.ECFCivil@usdoj.gov, USANH.ECFDocket@usdoj.gov

Theodore M. Lothstein     info@lothsteinlaw.com

**1:14-cr-00093-LM-1 Notice, to the extent appropriate, must be delivered conventionally to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045603718 [Date=9/1/2016] [FileNumber=1586312-0]
[3b0ea26e379317121b6fb83aa24d2af3f281fce15c5b76a4467662a835281f9a5c14
dec003c4fe867e3fe9d8327f2b31bfc759f485435ef30ddda3deac08f54e]]

ALKIS NAKOS
KEENE, NH 03431

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2016 SEP -1 A 10:54

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| PLAINTIFF | CASE NO. 14-CR-00093-1-LM |
| VS. | NOTICE OF APPEAL |
| ALKIS NAKOS | |
| DEFENDANT | |

COMES NOW THE DEFENDANT, ALKIS NAKOS, PRO SE, AND HEREBY GIVES NOTICE OF APPEAL FROM THE JUDGMENT AND SENTENCE IMPOSED BY THIS COURT ON AUGUST 10, 2016

RESPECTFULLY SUBMITTED THIS 29TH DAY OF AUGUST, 2016

ALKIS NAKOS

cc CHARLES J KEEFE, ESQ.
DONALD A FEITH, ESQ.

# Appeal Documents

1:14-cr-00093-LM USA v. Nakos et al

APPEAL,PRIOR

## U.S. District Court

## District of New Hampshire

### Notice of Electronic Filing

The following transaction was entered on 9/1/2016 at 5:00 PM EDT and filed on 9/1/2016
**Case Name:** USA v. Nakos et al
**Case Number:** 1:14-cr-00093-LM
**Filer:**
**Document Number:** 264

**Docket Text:**
**Appeal Cover Sheet as to Alkis Nakos re [263] Notice of Appeal. (de)**

**1:14-cr-00093-LM-1 Notice has been electronically mailed to:**

Andrew Scott Winters    andrew@cohenwinters.com, laura@cohenwinters.com

Benjamin L. Falkner    bfalkner@kkf-attorneys.com, bchaput@kkf-attorneys.com

Charles J. Keefe    keefe@wbdklaw.com, hackney@wbdklaw.com

Donald A. Feith    donald.feith@usdoj.gov, CaseView.ECF@usdoj.gov, pamela.maffee@usdoj.gov, Rob.Rabuck@usdoj.gov, USANH.ECFCriminal@usdoj.gov, USANH.ECFDocket@usdoj.gov

Howard A. Roever    howardr@roever-law.com, michelle@roever-law.com

James D. Gleason (Terminated)    jim@gleasonlawpllc.com, cindy@gleasonlawpllc.com

Jaye Rancourt    jrancourt@bclilaw.com

John T. Pendleton    jpendleton@granitestatelawyers.com, spalmeter@granitestatelawyers.com

Liam D. Scully    liamdscully@aol.com

Michael T. McCormack    Michael.McCormack2@usdoj.gov, CaseView.ECF@usdoj.gov, faye.guilmette@usdoj.gov, Joanie.Hederman@usdoj.gov, USANH.ECFCivil@usdoj.gov

Michael J. Iacopino     miacopino@bclilaw.com, cmunroe@bclilaw.com

Terry L. Ollila (Terminated)     terry.ollila@usdoj.gov, CaseView.ECF@usdoj.gov, diane.cullen@usdoj.gov, faye.guilmette@usdoj.gov, francine.conrad@usdoj.gov, judy.prindiville@usdoj.gov, rob.rabuck@usdoj.gov, USANH.ECFCivil@usdoj.gov, USANH.ECFDocket@usdoj.gov

Theodore M. Lothstein     info@lothsteinlaw.com

**1:14-cr-00093-LM-1 Notice, to the extent appropriate, must be delivered conventionally to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfSta mp_ID=1045603718 [Date=9/1/2016] [FileNumber=1586352-0]
[5a038748d6f06f88c25a48aa2bb20a271c302ab8a6388791be645a99f4232339796a
0bc96ac7c52f8925c67325ad5c92b24967e66bce31c134fc42b23a2f7779]]

Case 1:14-cr-00093-LM   Document 264   Filed 09/01/16   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. D.C.# Criminal No. 14-cr-93-01-LM                                                        C.C.A.#

2. TITLE OF CASE:   United State of America v. Alkis Nakos

3. NAME OF COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

4. NAME OF COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF JUDGE: Landya B. McCafferty, United States District Judge

6. COURT REPORTER(S) & DATES:
   Sandra Bailey, 6/30/14, Preliminary Hrg.   (On File)
   Susan Bateman, 2/13/15 Status Conference
   Sandra Bailey, 4/3/15, Motion to Suppress Hrg   (ExcerptTrooper Stefan Czyzowski)
   Sandra Bailey/Diane Churas, 8/18/16 Jury Trial –Day 1
   Susan Bateman/Sandra Bailey, 8/19/16 Jury Trial –Day 2(On File)
   Sandra Bailey/Diane Churas, 8/20/16 Jury Trial –Day 3 (On File)
   Susan Bateman/Diane Churas, 8/21/16 Jury Trial –Day 4(On File)
   Diane Churas/Susan Bateman, 8/24/15 JuryTrial –Day 5 (On File)
   Susan Bateman, 8/25/15, In Chambers Conference (On File)
   Diane Churas, 8/25/16, Jury Trial –Day 6(On File)
   Diane Churas, 8/26/16, Jury Trial –Day 7(On File)
   Susan Bateman, 6/8/16, Telephone Conference
   Sandra Bailey, 8/10/16, Sentencing

   TRANSCRIPTS ORDERED / ON FILE          YES – See Above

7. HEARING / TRIAL EXHIBITS                 YES

8. COURT-APPOINTED COUNSEL                  NO

9. FEE PAID                                 NO

10. IN FORMA PAUPERIS                       NO

11. MOTIONS PENDING                         NO

12. GUIDELINES CASE                         NO

13. RELATED CASES ON APPEAL                 YES (First Circuit 16-2091)

    C.C.A. # (IF AVAILABLE):

    DATE OF LAST N OF A:          August 22, 2016

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of New Hampshire

### Notice of Electronic Filing

The following transaction was entered on 9/1/2016 at 5:03 PM EDT and filed on 9/1/2016
**Case Name:**   USA v. Nakos et al
**Case Number:**   1:14-cr-00093-LM
**Filer:**
**Document Number:** 265

**Docket Text:**
**Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, documents numbered 259, 263, 264, 265, as to Alkis Nakos to USCA re [263] Notice of Appeal. A copy of the Notice of Appeal mailed to all parties this date. (de)**

**1:14-cr-00093-LM-1 Notice has been electronically mailed to:**

Andrew Scott Winters    andrew@cohenwinters.com, laura@cohenwinters.com

Benjamin L. Falkner    bfalkner@kkf-attorneys.com, bchaput@kkf-attorneys.com

Charles J. Keefe    keefe@wbdklaw.com, hackney@wbdklaw.com

Donald A. Feith    donald.feith@usdoj.gov, CaseView.ECF@usdoj.gov, pamela.maffee@usdoj.gov, Rob.Rabuck@usdoj.gov, USANH.ECFCriminal@usdoj.gov, USANH.ECFDocket@usdoj.gov

Howard A. Roever    howardr@roever-law.com, michelle@roever-law.com

James D. Gleason (Terminated)    jim@gleasonlawpllc.com, cindy@gleasonlawpllc.com

Jaye Rancourt    jrancourt@bclilaw.com

John T. Pendleton     jpendleton@granitestatelawyers.com, spalmeter@granitestatelawyers.com

Liam D. Scully     liamdscully@aol.com

Michael T. McCormack     Michael.McCormack2@usdoj.gov, CaseView.ECF@usdoj.gov, faye.guilmette@usdoj.gov, Joanie.Hederman@usdoj.gov, USANH.ECFCivil@usdoj.gov

Michael J. Iacopino     miacopino@bclilaw.com, cmunroe@bclilaw.com

Terry L. Ollila (Terminated)     terry.ollila@usdoj.gov, CaseView.ECF@usdoj.gov, diane.cullen@usdoj.gov, faye.guilmette@usdoj.gov, francine.conrad@usdoj.gov, judy.prindiville@usdoj.gov, rob.rabuck@usdoj.gov, USANH.ECFCivil@usdoj.gov, USANH.ECFDocket@usdoj.gov

Theodore M. Lothstein     info@lothsteinlaw.com

**1:14-cr-00093-LM-1 Notice, to the extent appropriate, must be delivered conventionally to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045603718 [Date=9/1/2016] [FileNumber=1586357-0]
[702d5686f78170c8bd773c5b0f707aa72e5b29b1f04f19e9ca363ec4c76af30957f1
3cb8aadfd64ab2f1a9eb83b2b67ca9efd47e0dcddb55f6ef45fa1b68f414]]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Criminal No. 14-cr-93-01-LM

Alkis Nakos

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

I, Donna Esposito, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the abbreviated record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED: 259, 263, 264, 265

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

Trial exhibits will be mailed to the First Circuit Clerk's Office. Certain bulky, weighty, and/or physical exhibits will not be mailed absent specific request from the Circuit.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, September 1, 2016

DANIEL J. LYNCH, Clerk

By: /s/ Donna Esposito, Deputy Clerk

cc: Alkis Nakos, pro se
Charles J. Keefe, Esq.
Donald A. Feith, Esq.

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name _____

District Court Case No. _____ District of PLEASE SELECT

Date Notice of Appeal filed _____ Court of Appeals Case No. _____

Form filed on behalf of _____

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter_____

Phone Number of Reporter_____

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | _____ |
| ☐ Opening Statement (plaintiff) | _____ |
| ☐ Opening Statement (defendant) | _____ |
| ☐ Trial | _____ |
| ☐ Closing Argument (plaintiff) | _____ |
| ☐ Closing Argument (defendant) | _____ |
| ☐ Findings of Fact/Conclusions of Law | _____ |
| ☐ Jury Instructions | _____ |
| ☐ Change of Plea | _____ |
| ☐ Sentencing | _____ |
| ☐ Bail hearing | _____ |
| ☐ Pretrial proceedings (specify) _____ | _____ |
| ☐ Testimony (specify) _____ | _____ |
| ☐ Other (specify) _____ | _____ |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _____ Filer's Signature _____

Firm/Address _____ Filer's Email address _____

Telephone number _____ Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                      SEE INSTRUCTIONS ON REVERSE

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
# TRANSCRIPT REPORT/ORDER FORM

This form must be completed by any party that files a notice of appeal to the First Circuit and by any party that wishes to order a transcript for an appeal. **A Transcript Report/Order Form that fails to comply with these instructions will be deemed non-compliant. In addition, the appeal will be subject to dismissal pursuant to 1st Cir. R. 3.0(b) and 10.0(a) if appellant fails to timely file a Transcript Report/Order Form.**

## TRANSCRIPT REPORT INSTRUCTIONS

If a transcript is not necessary for the appeal, or the transcript is already completed and filed with the district court, only the Transcript Report section needs to be completed. Appellant must file the completed Transcript Report Form with the Court of Appeals Clerk's Office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

## TRANSCRIPT ORDER INSTRUCTIONS

If a transcript is being ordered, the Transcript Order section of the form must be completed. The completed Transcript Order Form must be filed with the court reporter in the district court within 14 days after filing the notice of appeal. Fed. R. App. P. 10(b). <u>Do not submit this form until financial arrangements have been made with the court reporter.</u> Appellant must file the completed Transcript Order Form with the Court of Appeals Clerk's Office and one copy with the district court clerk's office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

## CRIMINAL JUSTICE ACT INSTRUCTIONS

Any party ordering transcripts at government expense under the Criminal Justice Act must also complete a CJA Form 24, Authorization and Voucher for Payment of Transcripts. The voucher must be authorized by either the district court judge or the circuit court judge prior to the order being placed with the court reporter. Both the Transcript Order Form and CJA Form 24 must indicate with specificity those proceedings to be transcribed. The transcript order will be considered timely for purposes of Fed. R. App. P. 10(b) and 1st Cir. R. 3.0(b) and 10.0(a) if a completed Transcript Order Form and a CJA Form 24 in need of authorization are received by the Court of Appeals Clerk's Office within 14 days of the docketing of the appeal. The Clerk's Office will forward the Transcript Order Form and authorized CJA Form 24 to the court reporter.

**NOTE**: A separate Transcript Order Form (and if necessary, a CJA Form 24) must be completed for each court reporter from whom a transcript is requested.

## COURT REPORTER'S DUTIES

The court reporter should indicate on the Transcript Order Form the date of receipt of the form. Once the Transcript Order Form is filed in the Court of Appeals, the Clerk's Office will send a Transcript Order Acknowledgment to the court reporter noting the deadline for production of the transcript. If the court reporter *promptly* returns the Acknowledgment indicating that the transcript order is incomplete for any reason, the deadline may be suspended until the party ordering the transcript cures the deficiency. If the court reporter cannot complete the transcript by the deadline, he or she must file a motion for extension in the Court of Appeals. Fed. R. App. P. 11(b). An extension of time does not waive the mandatory fee reductions, which shall take effect after 60 days if the transcript order is not completed and a waiver has not been granted. Once the transcript is complete, the court reporter must file a copy with the district court and provide the ordering party with a copy.

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name _____

District Court Case No. _____  District of PLEASE SELECT

Date Notice of Appeal filed _____  Court of Appeals Case No. _____

Form filed on behalf of _____

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter_____

Phone Number of Reporter_____

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _____   Filer's Signature _____

Firm/Address _____   Filer's Email address _____

Telephone number _____   Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                                        **SEE INSTRUCTIONS ON REVERSE**

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
# TRANSCRIPT REPORT/ORDER FORM

This form must be completed by any party that files a notice of appeal to the First Circuit and by any party that wishes to order a transcript for an appeal. **A Transcript Report/Order Form that fails to comply with these instructions will be deemed non-compliant. In addition, the appeal will be subject to dismissal pursuant to 1st Cir. R. 3.0(b) and 10.0(a) if appellant fails to timely file a Transcript Report/Order Form.**

## TRANSCRIPT REPORT INSTRUCTIONS

If a transcript is not necessary for the appeal, or the transcript is already completed and filed with the district court, only the Transcript Report section needs to be completed. Appellant must file the completed Transcript Report Form with the Court of Appeals Clerk's Office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

## TRANSCRIPT ORDER INSTRUCTIONS

If a transcript is being ordered, the Transcript Order section of the form must be completed. The completed Transcript Order Form must be filed with the court reporter in the district court within 14 days after filing the notice of appeal. Fed. R. App. P. 10(b). <u>Do not submit this form until financial arrangements have been made with the court reporter.</u> Appellant must file the completed Transcript Order Form with the Court of Appeals Clerk's Office and one copy with the district court clerk's office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

## CRIMINAL JUSTICE ACT INSTRUCTIONS

Any party ordering transcripts at government expense under the Criminal Justice Act must also complete a CJA Form 24, Authorization and Voucher for Payment of Transcripts. The voucher must be authorized by either the district court judge or the circuit court judge prior to the order being placed with the court reporter. Both the Transcript Order Form and CJA Form 24 must indicate with specificity those proceedings to be transcribed. The transcript order will be considered timely for purposes of Fed. R. App. P. 10(b) and 1st Cir. R. 3.0(b) and 10.0(a) if a completed Transcript Order Form and a CJA Form 24 in need of authorization are received by the Court of Appeals Clerk's Office within 14 days of the docketing of the appeal. The Clerk's Office will forward the Transcript Order Form and authorized CJA Form 24 to the court reporter.

**NOTE:** A separate Transcript Order Form (and if necessary, a CJA Form 24) must be completed for each court reporter from whom a transcript is requested.

## COURT REPORTER'S DUTIES

The court reporter should indicate on the Transcript Order Form the date of receipt of the form. Once the Transcript Order Form is filed in the Court of Appeals, the Clerk's Office will send a Transcript Order Acknowledgment to the court reporter noting the deadline for production of the transcript. If the court reporter *promptly* returns the Acknowledgment indicating that the transcript order is incomplete for any reason, the deadline may be suspended until the party ordering the transcript cures the deficiency. If the court reporter cannot complete the transcript by the deadline, he or she must file a motion for extension in the Court of Appeals. Fed. R. App. P. 11(b). An extension of time does not waive the mandatory fee reductions, which shall take effect after 60 days if the transcript order is not completed and a waiver has not been granted. Once the transcript is complete, the court reporter must file a copy with the district court and provide the ordering party with a copy.

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name _____
District Court Case No. _____ District of PLEASE SELECT
Date Notice of Appeal filed _____ Court of Appeals Case No. _____
Form filed on behalf of _____

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter_____
Phone Number of Reporter_____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | _____ |
| ☐ Opening Statement (plaintiff) | _____ |
| ☐ Opening Statement (defendant) | _____ |
| ☐ Trial | _____ |
| ☐ Closing Argument (plaintiff) | _____ |
| ☐ Closing Argument (defendant) | _____ |
| ☐ Findings of Fact/Conclusions of Law | _____ |
| ☐ Jury Instructions | _____ |
| ☐ Change of Plea | _____ |
| ☐ Sentencing | _____ |
| ☐ Bail hearing | _____ |
| ☐ Pretrial proceedings (specify) _____ | _____ |
| ☐ Testimony (specify) _____ | _____ |
| ☐ Other (specify) _____ | _____ |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _____ Filer's Signature _____
Firm/Address _____ Filer's Email address _____
Telephone number _____ Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                                       SEE INSTRUCTIONS ON REVERSE

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
# TRANSCRIPT REPORT/ORDER FORM

This form must be completed by any party that files a notice of appeal to the First Circuit and by any party that wishes to order a transcript for an appeal. **A Transcript Report/Order Form that fails to comply with these instructions will be deemed non-compliant. In addition, the appeal will be subject to dismissal pursuant to 1st Cir. R. 3.0(b) and 10.0(a) if appellant fails to timely file a Transcript Report/Order Form.**

## TRANSCRIPT REPORT INSTRUCTIONS

If a transcript is not necessary for the appeal, or the transcript is already completed and filed with the district court, only the Transcript Report section needs to be completed. Appellant must file the completed Transcript Report Form with the Court of Appeals Clerk's Office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

## TRANSCRIPT ORDER INSTRUCTIONS

If a transcript is being ordered, the Transcript Order section of the form must be completed. The completed Transcript Order Form must be filed with the court reporter in the district court within 14 days after filing the notice of appeal. Fed. R. App. P. 10(b). <u>Do not submit this form until financial arrangements have been made with the court reporter</u>. Appellant must file the completed Transcript Order Form with the Court of Appeals Clerk's Office and one copy with the district court clerk's office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

## CRIMINAL JUSTICE ACT INSTRUCTIONS

Any party ordering transcripts at government expense under the Criminal Justice Act must also complete a CJA Form 24, Authorization and Voucher for Payment of Transcripts. The voucher must be authorized by either the district court judge or the circuit court judge prior to the order being placed with the court reporter. Both the Transcript Order Form and CJA Form 24 must indicate with specificity those proceedings to be transcribed. The transcript order will be considered timely for purposes of Fed. R. App. P. 10(b) and 1st Cir. R. 3.0(b) and 10.0(a) if a completed Transcript Order Form and a CJA Form 24 in need of authorization are received by the Court of Appeals Clerk's Office within 14 days of the docketing of the appeal. The Clerk's Office will forward the Transcript Order Form and authorized CJA Form 24 to the court reporter.

**NOTE:** A separate Transcript Order Form (and if necessary, a CJA Form 24) must be completed for each court reporter from whom a transcript is requested.

## COURT REPORTER'S DUTIES

The court reporter should indicate on the Transcript Order Form the date of receipt of the form. Once the Transcript Order Form is filed in the Court of Appeals, the Clerk's Office will send a Transcript Order Acknowledgment to the court reporter noting the deadline for production of the transcript. If the court reporter *promptly* returns the Acknowledgment indicating that the transcript order is incomplete for any reason, the deadline may be suspended until the party ordering the transcript cures the deficiency. If the court reporter cannot complete the transcript by the deadline, he or she must file a motion for extension in the Court of Appeals. Fed. R. App. P. 11(b). An extension of time does not waive the mandatory fee reductions, which shall take effect after 60 days if the transcript order is not completed and a waiver has not been granted. Once the transcript is complete, the court reporter must file a copy with the district court and provide the ordering party with a copy.

**UNITED STATES DISTR**
OFFICE OF THE C
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

OFFICIAL BUSINESS

ZIP 03301
02 4W $ 001.3
0000335127 SEP 02

RETURN TO SENDER
NOT HERE
UTF

Daniel J. Lynch, Clerk
Special/Legal Mail

Alkis Nakos
USM # 13621-049
Cheshire County HOC
825 Marlboro Road
Keene, NH 03431

RETURN TO SENDER

Daniel J. Lynch, Clerk
Special/Legal Mail

NIXIE    034312032-1N         09/15/16
         RETURN TO SENDER
         UNABLE TO FORWARD
         UNABLE TO FORWARD
         RETURN TO SENDER